

# MESA POLICE DEPARTMENT
# FORENSIC SERVICES

**133 N. Morris, Mesa, AZ 85201**

**LATENT PRINT UNIT - AFIS**
**SCIENTIFIC EXAMINATION REPORT**

FSS032621-0014-0004
ZC92461S0IO3FT

**MESA PD**
130 N. Robson
Mesa, AZ 85201

**CASE NUMBER: 202152907**

**REQUESTOR:**   Haynes 14360

**ITEMS:**

**LE019222: 1**   Latent lift from lab case submitted by Senior Crime Scene Specialist Pagenkopf #14473

*AFIS REVIEW:*

The latent lift developed by the above listed Mesa Police Department personnel was reviewed for AZAFIS entry.

Latent #1A was searched in the AZAFIS database.

*RESULTS:*

Negative results at this time and the latent was added to the unsolved latent database for ongoing automated search.

*This report contains the conclusions, opinions, and interpretations of the analyst whose signature appears on the report. The results, conclusions, opinions, and interpretations apply only to the samples as received and are related only to the items tested.*

*(signed)* Tina Nazarewicz

Tina Nazarewicz, Forensic Scientist Tech Leader, 14271

5/13/2021
Date

Technical Review:  _(signed)_ 16165
05/13/2021

Administrative Review: _(signed)_ 16166
05/13/2021

AN ANAB ISO/IEC 17025 ACCREDITED FORENSIC TESTING LABORATORY

Page 1 of 1

DPM 3.4.5F3

REV 8/1/2020

For P24211   Printed On Apr-13-2022  (Wed.)

Mesa Police Department

# CHAIN OF CUSTODY REPORT

LAB CASE NUMBER: FSS032621-0014-0004

**CASE NUMBER: 202152907**

| PIN | From | Agency | PIN | To | Agency | Date/Time |
|---|---|---|---|---|---|---|
| **Subm #:** 007 | | **Prop ID #:** LE019222 | 1 | Latent lift from lab case | | |
| [X] | Pagenkopf, Keia | (FSS) | [ ] | LDB - Latent Drop Box | (FSS) | 05/12/2021  08:28:42 |
| [ ] | LDB - Latent Drop Box | (FSS) | [X] | Updyke, Maralena L | (FSS) | 05/13/2021  08:10:29 |
| [X] | Updyke, Maralena L | (FSS) | [X] | Nazarewicz, Tina | (FSS) | 05/13/2021  08:47:13 |
| [X] | Nazarewicz, Tina | (FSS) | [ ] | LPF - Latent Print File | (FSS) | 05/13/2021  12:54:30 |

Page 1 of 1

For P24211   Printed On Apr-13-2022  (Wed.)

## LATENT PRINT UNIT - AFIS

All images are formatted to fit this report and are distorted

**Notes and Images**

**Mesa PD Forensic Services**
LAB CASE NUMBER: FSS032621-0014-0004
**CASE NUMBER: 202152907**

| Image Name: | | Image Added By: | Image Added on: |
|---|---|---|---|
| AFIS - LPE | 5/13/2021 12:53:41 PM | Nazarewicz, Tina | 5/13/2021 12:53:41PM |

Case: FSS032621-0014  User: p14271 5/13/2021

**Mesa Police Forensic Services Section**
**Latent Print Unit**
**AFIS Worksheet**

| Examiner: T. Nazarewicz #14271 | Date: 05-13-2021 | Case # 202152907 |
|---|---|---|
| Envelope Barcode: LE019222 (lift from lab case) | | Page 1 of 1 |

☒ AZAFIS   ☐ NGI

**Latent Lifts/Photos:**
☒ Total number of latent lifts/photos in envelope: 1
☐ Total number of latent photos reviewed in the image management system:

**Latent Review:**
☐ Latent photos were reviewed in the image management system, were not exported, and remain in the image management system.
☒ All latent lift(s)/photo(s) were reviewed for entry
☐ All latent prints searched in AZAFIS with negative results were reviewed for entry
☐ Other:

☐ After being reviewed, no latents were searched in the AFIS database.

☐ Latent lift(s)/photo(s) are of no value for comparison.

Verified by: _____ Date: _____  ☐ *Latent lift(s)/photo(s) reviewed in presence of original examiner*

**Latent Entry:**
Date latent(s) entered: 05-13-2021
Latent(s) entered: 1A

**Results:**
☒ No Hit(s): 1A
☐ Hit(s):

**Comments:**
Entered into AZAFIS under case number 00202152907.

Latents added to the unsolved latent database for ongoing automated search may be deleted at the discretion of an examiner.

FSLP-F8       AFIS Worksheet       Page 1 of 1       Approved: IIC       Effective: 12/4/2020
Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of this document by checking the document revision level with that on the FSS Accreditation share