

# MESA POLICE DEPARTMENT
# FORENSIC SERVICES

133 N. Morris, Mesa, AZ 85201

**LATENT PRINT UNIT - AFIS**
**SCIENTIFIC EXAMINATION REPORT**

FSS032621-0014-0003
ZCL3V61S0HR7R8

**MESA PD**
130 N. Robson
Mesa, AZ 85201

**CASE NUMBER: 202152907**

**REQUESTOR:**   Haynes 14360

**NAME(S):**   CESAR RODRIGUEZ   10/27/1994

**ITEMS:**

**LE211857:** 21 Photographs from lab case submitted by Senior Crime Scene Specialist Pagenkopf #14473

  **LE211857-AB:** Latent photo #4(A) - ME61201-3 - "White trash bag, interior"

*AFIS REVIEW:*

All latent photographs submitted by the above listed Mesa Police Department personnel were reviewed for AZAFIS entry.

Latents #1A, #3A, #4A, #6A, #7A, #8A, #11A, #14A, #16A and #17A were searched in the AZAFIS database.

*IDENTIFICATION:*

Latent #4A was identified as the right index finger of RODRIGUEZ.

*VERIFICATION:*

Forensic Scientist Supervisor K. Speckels #13647 verified the conclusion.

*RESULTS:*

Negative results for latents #1A, #3A, #6A, #7A, #8A, #11A, #14A, #16A and #17A at this time and these latents was added to the unsolved latent database for ongoing automated search.

_Tina Nazarewicz_                                5/28/2021

Tina Nazarewicz, Forensic Scientist Tech Leader, 14271      Date

Technical Review:    _KS_ 13647
05/28/2021

Administrative Review:   _MU_ 16918
05/28/2021

AN ANAB ISO/IEC 17025 ACCREDITED FORENSIC TESTING LABORATORY         Page 1 of 2

DPM 3.4.5F3                                                           REV 8/1/2020



# MESA POLICE DEPARTMENT
# FORENSIC SERVICES

**LATENT PRINT UNIT - AFIS**
**SCIENTIFIC EXAMINATION REPORT**
**CONTINUED**

LAB CASE NUMBER: FSS032621-0014-0003
**CASE NUMBER: 202152907**

*Identification is the strongest association reported in friction ridge comparative analysis. It is the opinion that there are sufficient features in agreement to conclude that an unknown friction ridge impression originated from a known source. The examiner would not expect to see the same arrangement repeated in an impression that came from a different source.*

*This report contains the conclusions, opinions, and interpretations of the analyst whose signature appears on the report. The results, conclusions, opinions, and interpretations apply only to the samples as received and are related only to the items tested.*

*Tina Nazarewicz* (signature)

Tina Nazarewicz, Forensic Scientist Tech Leader, 14271

5/28/2021
Date

Technical Review:  _____ 13647
05/28/2021

Administrative Review: _____ 16918
05/28/2021

Mesa Police Department

# CHAIN OF CUSTODY REPORT

LAB CASE NUMBER: FSS032621-0014-0003

**CASE NUMBER: 202152907**

| PIN | From | Agency | PIN | To | Agency | Date/Time |
|---|---|---|---|---|---|---|
| **Subm #:** | 008 | **Prop ID #:** LE211857 | | 21 Photographs from lab case | | |
| [ ] | Copies from image management system | (FSS) | [X] | Nazarewicz, Tina | (FSS) | 05/19/2021  15:57:30 |
| [X] | Nazarewicz, Tina | (FSS) | [X] | Speckels, Kelly | (FSS) | 05/27/2021  16:27:16 |
| [X] | Speckels, Kelly | (FSS) | [X] | Nazarewicz, Tina | (FSS) | 05/28/2021  12:43:44 |
| **Subm #:** | 008-AB | **Prop ID #:** LE211857-AB | | Latent photo #4(A) - ME61201-3 - "White trash bag, interior" | | |
| [ ] | Copies from image management system | (FSS) | [X] | Nazarewicz, Tina | (FSS) | 05/19/2021  15:57:30 |
| [X] | Nazarewicz, Tina | (FSS) | [X] | Speckels, Kelly | (FSS) | 05/27/2021  16:27:16 |
| [X] | Speckels, Kelly | (FSS) | [X] | Nazarewicz, Tina | (FSS) | 05/28/2021  12:43:44 |

Page 1 of 1

## LATENT PRINT UNIT - AFIS

All images are formatted to fit this report and are distorted

**Notes and Images**

**Mesa PD Forensic Services**
LAB CASE NUMBER: FSS032621-0014-0003
**CASE NUMBER: 202152907**

| Image Name: | Image Added By: | Image Added on: |
|---|---|---|
| AFIS - LPE   5/27/2021 3:11:38 PM | Nazarewicz, Tina | 5/27/2021  3:11:38PM |

Case: FSS032621-0014  User: p14271 5/27/2021

**Mesa Police Forensic Services Section**
**Latent Print Unit**
**AFIS Worksheet**

| Examiner: T. Nazarewicz #14271 | Date: 05-26-2021 | Case # 202152907 |
|---|---|---|
| Envelope Barcode: LE211857 (photos from lab case) | | Page 1 of 1 |

☒ AZAFIS   ☐ NGI

**Latent Lifts/Photos:**
☒ Total number of latent lifts/photos in envelope: 21
☐ Total number of latent photos reviewed in the image management system:

**Latent Review:**
☐ Latent photos were reviewed in the image management system, were not exported, and remain in the image management system.
☒ All latent lift(s)/photo(s) were reviewed for entry
☐ All latent prints searched in AZAFIS with negative results were reviewed for entry
☐ Other:

☐ After being reviewed, no latents were searched in the AFIS database.

☐ Latent lift(s)/photo(s) are of no value for comparison.

Verified by: _____ Date: _____  ☐ Latent lift(s)/photo(s) reviewed in presence of original examiner

**Latent Entry:**
Date latent(s) entered: 05-26-2021
Latent(s) entered: 1A, 3A, 4A, 6A, 7A, 8A, 11A, 14A, 16A, 17A

**Results:**
☒ No Hit(s): 1A, 3A, 6A, 7A, 8A, 11A, 14A, 16A, 17A
☒ Hit(s): 4A

**Comments:**
Entered into AZAFIS under case number 00202152907.

Latents added to the unsolved latent database for ongoing automated search may be deleted at the discretion of an examiner.

FSLP-F8      AFIS Worksheet     Page 1 of 1     Approved: IIC     Effective: 12/4/2020
Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of this document by checking the document revision level with that on the FSS Accreditation share

Page 1 of 2

For P24211     Printed On Apr-13-2022 (Wed.)

## LATENT PRINT UNIT
All images are formatted to fit this report and are distorted

**Notes and Images - Continued**

**Mesa PD Forensic Services**
LAB CASE NUMBER: FSS032621-0014-0003
CASE NUMBER: 202152907

| Image Name: | | Image Added By: | Image Added on: |
|---|---|---|---|
| AFIS - LPE | 5/28/2021 1:09:35 PM | Nazarewicz, Tina | 5/28/2021   1:09:35PM |

Case: FSS032621-0014  User: p14271 5/28/2021

**Mesa Police Forensic Services**
**Latent Print Unit**
**Latent Print Analysis Worksheet**

Examiner: T. Nazarewicz #14271      Date: 05-27-2021      Case # 202152907
Envelope Barcode: LE211857 (photos from lab case)         Page 1 of 1

| Subject Identifier | Subject's Name | DOB | Unique ID (ex: SID, BU, UCN) |
|---|---|---|---|
| P-1 | Rodriguez, Cesar | 10-27-94 | AZ23355621 |

| | | | |
|---|---|---|---|
| **Latent #** | | 4A | |
| **Analysis** | Latent | L1- W or loop L2,L3- DPM- DPH, MD, CR, swipe mark at tip | |
| | Exemplar | P-1: Live-scan ten print card from Maricopa County Adult Probation with PCN #2121054964 printed from the Record Archive Services (RAS); suitable for comparison | |
| | Comparison | Above core, T | |
| **Evaluation** | Identification | P-1 Right Index (L1-L3) | |
| | Exclusion | | |
| | Inconclusive | | |
| **Conclusion Date** | | 05-27-2021 | |
| **Verification Date** | | 5-28-21 | |
| **Verified by:** | | Forensic Scientist Supervisor [signature] 13417 | |

☐ Latent scans in the image management system:
   ☐ Latent scans printed and placed in latent envelope:
☐ Latent(s) with markings‡:
☐ Exemplar(s) with markings‡:
☐ Latent lift(s)/photo(s) and/or latent print(s) of no value for identification (NVI):
☐ Latent lift(s)/photo(s) contain additional friction ridge detail of no value for comparison:
Verifier/Technical Reviewer: _____

Comments: AZAFIS Hit.
The latent photographs were taken by SCSS K. Pagenkopf #14473 during lab processing. Multiple images were taken of the same latent impressions. The images were viewed and downloaded from the image database on 05-19-2021 and only the best images were printed for comparison purposes. The images were processed through Adobe Photoshop CC to darken and/or color-reverse the latents. The images processed in Adobe Photoshop CC were uploaded into the image database on 05-27-2021. The printed latent images were placed into latent envelope LE211857. The image metadata for each processed image, including the history, is retained and is available.

‡Scans of latent prints and exemplars with markings documenting the basis for the conclusion are made at the discretion of the examiner.

FSLP-F01      Latent Print Analysis Worksheet      Page 1 of 1      Approved: HC   Effective: 12/21/2020
Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of

Page 2 of 2