# CHRISTINA SUSAN NAZAREWICZ

**PROFESSIONAL EXPERIENCE**  **Mesa Police Department, Mesa Arizona**
**Forensic Services**

- Forensic Scientist III
  Latent Print Unit
  Technical Leader – Fingerprint Unit
  (6/18 – current)

- Forensic Latent Print Examiner III
  Latent Print Unit
  Technical Leader – Fingerprint Unit
  (12/13 – 6/18)

- Interim Supervisor
  Fingerprint Identification Unit and
  Evidence Processing Unit
  (07/14 – 09/14)

- Technical Leader
  Fingerprint Identification Unit
  (06/13 – current)

- Forensic Latent Print Examiner II
  Latent Print Unit
  (04/09 – 12/13)

- Forensic Latent Print Examiner I
  Latent Print Unit
  (04/04 – 04/09)

- Crime Scene Specialist
  Crime Scene Unit
  (07/02 – 04/04)

- Fingerprint Examiner
  Fingerprint Identification Unit
  (12/00 – 07/02)

**COMPARATIVE ANALYSIS**

- Latent Prints
- Inked Prints
- Arizona Automated Fingerprint Identification System (AZAFIS)

**EDUCATION**  Bachelor of Science, *Justice Studies*
Arizona State University, 2000

Certificate in *Evidence Technology*

Phoenix College, 2001

Biology courses (161 and 182)
Phoenix College, 2005

**PROFESSIONAL MEMBERSHIPS**         International Association for Identification (IAI)
                                     Arizona Identification Council (AIC)

**ACADEMIC ACTIVITIES**              AZPOST Certified Instructor
                                     IAI Certified Latent Print Examiner (since May 2012)

**SEMINARS AND ADVANCED TRAINING**

| Course | Provider | Year |
|---|---|---|
| Arizona AIC Conference (16 hours) | Arizona Identification Council | 2022 |
| Distortion Interpretation & Feature Distribution | Evolve Forensics | 2022 |
| How to Prepare for a Daubert Hearing | Glenn Langenburg | 2022 |
| Successfully pass the AZAFIS Latent Print TOC test (Level B) | DPS | 2022 |
| Successfully pass the IAI Latent Print re-certification exam | International Association For Identification | 2021 |
| Limits of Uniqueness in Friction Ridge Impressions | Evolve Forensics | 2021 |
| The Cure for Stupidity: Using Brian Science to Explain Irrational Behavior (2 hours) | AZ Forensic Science Academy | 2020 |
| Tackling Employee Wellness: The Phoenix PD Crime Lab Approach (90 minutes) | NIJ | 2020 |
| Successfully pass the AZAFIS Ten Print Terminal Operator (Level B) test | DPS | 2020 |
| Logical Latent Analysis (16 hours) | TriTech Forensics | 2020 |
| IAI 104th International Educational Conference Reno, Nevada (40 hours) | International Association for Identification | 2019 |
| Complexity and Levels of Association Workshop (16 hours) | Michelle Triplett | 2018 |
| Woman In Command (16 hours) | Calibre Press | 2017 |
| 12th Annual AIC Tri-Division Conference (40 hours) | Arizona Identification Council | 2017 |
| Statistical Interpretation Software for Friction Ridge Skin Impression Comparisons Lecture & Workshop (8 hours) | Arizona Forensic Science Academy | 2017 |
| Successfully pass the AZAFIS Latent Print TOC test (Level G) | DPS | 2016 |

| | | |
|---|---|---|
| Successfully pass the IAI Latent Print re-certification exam | International Association For Identification | 2016 |
| Understanding Exclusion and Sufficiency Decisions (36 hours) | Ron Smith & Associates | 2016 |
| Successfully pass the AZAFIS Ten Print Terminal Operator (Level E) test | DPS | 2015 |
| Analysis of Distortion in Latent Prints (16 hours) | Alice Maceo | 2015 |
| IAI 100th International Educational Conference Sacramento, CA (40 hours) | International Association for Identification | 2015 |
| Adobe Photoshop CS5 to CC: What's New? (8 hours) | Foray Technologies | 2015 |
| Scientific Analysis (ACE-V): From the Laboratory To the Witness Stand (40 hours) | Ron Smith & Associates | 2015 |
| Latent Print Direct Testimony (4 hours) | Arizona Forensic Science Academy | 2015 |
| 9th Annual AIC Tri-Division Educational Conference Tempe, AZ (24 hours) | Arizona Identification Council | 2014 |
| The AGTS Supervisors Academy (71.5 hours) | AGTS | 2014 |
| ASCLD Leadership Academy (40 hours) | ASCLD/LAB | 2014 |
| Latent Print Advanced Testimony Workshop (16 hours) | FBI | 2014 |
| Successfully complete training in EPU-Serology screening | Mesa PD/Biology Unit | 2013 |
| Shooting Incident Reconstruction Las Vegas, NV (4 hour workshop) | AIC 7th Annual Conference | 2012 |
| 7th Annual AIC Tri-Division Education Conference Las Vegas, NV (28 hours) | Arizona Identification Council | 2012 |
| Policies to Reduce Erroneous Exclusions Phoenix, AZ (4 hours) | DPS | 2012 |
| IAI 97th International Educational Conference Phoenix, AZ (20 hours) | International Association for Identification | 2012 |
| Corrective Action: Understanding the Basics of Root Cause Analysis Phoenix, AZ (16 hours) | Paton Professional | 2012 |
| Policies to Reduce Erroneous Exclusions Phoenix, AZ (4 hours) | DPS | 2012 |
| Successfully pass the IAI Latent Print Certification Exam | International Association For Identification | 2012 |

| Course | Provider | Year |
|---|---|---|
| Ethics in Forensic Science<br>Phoenix, AZ (4 hours) | Arizona Forensic Science Academy | 2012 |
| Statistics Made Easy<br>Tempe, AZ (4 hours) | AGTS | 2012 |
| ASCLD/LAB Internal Auditor Course<br>Mesa, AZ | ASCLD/LAB | 2011 |
| 6th Annual AIC Tri-Division Educational Conference<br>Tucson, AZ | Arizona Identification Council | 2011 |
| Universal Latent Workstation Software Training Program<br>Phoenix, AZ | FBI | 2011 |
| Examination of Simultaneous Impressions<br>Mesa, AZ | Jon Black, RS&A | 2011 |
| Statistics, Ridgeology and ACE-V<br>Mesa, AZ | Glenn Langenburg & Cedric Neumann | 2011 |
| IAI Latent Print Certification Test Preparation Training<br>Phoenix, AZ | Ron Smith & Associates | 2010 |
| ASCLD Laboratory Management Orientation Seminar<br>Mesa, AZ | ASCLD Consulting, LLC | 2010 |
| IAI 95th International Educational Conference<br>Spokane, WA | International Association for Identification | 2010 |
| Latent Print Daubert Testimony Workshop<br>Mesa, AZ | FBI personnel | 2010 |
| Charting Latent Prints with Adobe Photoshop<br>Mesa, AZ | Steve Everist | 2009 |
| Firearms Safety Class<br>Mesa, AZ | Chris Gunsolley<br>Mesa PD | 2009 |
| Advanced ACE-V Applications<br>Mesa, AZ | Glenn Langenburg<br>Ron Smith & Associates | 2008 |
| Fingerprint Expert Witness Testimony Techniques<br>Kansas City, MO | Ron Smith & Associates | 2008 |
| Tri-Division Educational Conference<br>Mesa, AZ | Arizona Identification Council | 2008 |
| AZAFIS Latent Print Terminal Operator Certificate | Arizona Department of Public Safety | 2008 |
| Crime Scene Proficiency Test<br>Inked Print Proficiency Test | Mesa Police Department | 2007 |

| | | |
|---|---|---|
| Analysis of Distortion in Latent Prints<br>Mesa, AZ | Alice Maceo | 2007 |
| AZAFIS Users Conference<br>Phoenix, AZ | Department of Public Safety | 2007 |
| Inked Print Proficiency Test<br>Crime Scene Proficiency Test | Mesa Police Department | 2006 |
| Basic Courtroom Testimony Techniques<br>Mesa, AZ | Ron Smith & Associates | 2006 |
| Complex Latent Print Examinations<br>Phoenix, AZ | Ron Smith & Associates | 2006 |
| Leuco Crystal Violet/Amido Black/Blue Star/<br>Luminol Application and Photography Training<br>Mesa, AZ | Mesa Police Department | 2006 |
| Krimesite Imager, RUVIS Training<br>Mesa, AZ | Sirchie Fingerprint Laboratories | 2006 |
| Tri-Division Educational Conference<br>Henderson, NV | Arizona Identification Council | 2006 |
| Arizona Automated Fingerprint Identification System User's Issues Conference and Court Room Testimony and Preparation Training<br>Flagstaff, AZ | Department of Public Safety | 2006 |
| Advanced Forensic Digital Imaging<br>Mesa, AZ | David Witske, Foray Technologies | 2005 |
| AIC Annual Conference<br>Maricopa, AZ | Arizona Identification Council | 2005 |
| AZAFIS Latent Print Terminal Operator Certificate | Arizona Department of Public Safety | 2005 |
| IAI 90th International Educational Conference<br>Dallas, TX | International Association for Identification | 2005 |
| Swipes, Wipes & Transfer Impressions Workshop<br>Dallas, TX | International Association for Identification | 2005 |
| Bloodstain Pattern Recognition Workshop<br>Dallas, TX | International Association for Identification | 2005 |
| Advanced Palm Print Comparison Techniques<br>Phoenix, AZ | Ron Smith & Associates | 2005 |
| Basic Forensic Ridgeology<br>Phoenix, AZ | David Ashbaugh | 2005 |
| Death Investigation: Body Examination and Documentation<br>Phoenix, AZ | Ron Smith & Associates | 2005 |

| Course | Provider | Year |
|---|---|---|
| Scientific Analysis: The Facts Behind ACE-V and Daubert<br>Mesa, AZ | Michele Triplett | 2005 |
| Serial Killers Seminar<br>Glendale, AZ | Arizona Justice Educators Association | 2005 |
| Buried Body School<br>Fountain Hills, AZ | Arizona Identification Council | 2005 |
| "A Friction Ridge Store"<br>Phoenix, AZ | Alice Maceo | 2004 |
| Ridgeology Science Workshop<br>Arlington, TX | Kasey Wertheim &<br>Glenn Langenburg | 2004 |
| AIC Annual Conference<br>Phoenix, AZ | Arizona Identification Council | 2004 |
| DNA Analysis and Evidence Collection<br>Phoenix, AZ | Arizona Identification Council | 2004 |
| Palm Print Identification Training<br>Phoenix, AZ | Arizona Department of Public Safety | 2004 |
| Medicolegal Death Investigation Seminar<br>Scottsdale, AZ | Arizona Justice Educator's Association | 2004 |
| Forensic Digital Photography Techniques<br>Mesa, AZ | Mesa Police Department | 2004 |
| 240 Hour CST Field Training<br>Mesa, AZ | Mesa Police Department | 2003 |
| 200 Hour Basic Crime Scene School<br>Mesa, AZ | Mesa Police Department | 2003 |
| Marijuana Field Testing Proficiency<br>Mesa, AZ | Mesa Police Department Crime Laboratory | 2002 |
| Basic Crime Scene School<br>Mesa, AZ | Arizona Identification Council | 2002 |
| GSP3 DMS Access Training<br>GSP3 Live-scan Training<br>GSP3 NIST Editor Training<br>GSP3 AFIS Workstation Training<br>Phoenix, AZ | Arizona Department of Public Safety | 2002 |
| AZAFIS User's Issues Conference<br>Sedona, AZ | AZAFIS | 2001 |
| Hawkeye Upgrade Training | Arizona Department of Public | 2001 |

| | | |
|---|---|---|
| Phoenix, AZ | Safety | |
| Sagem Morpho AFIS User's Group Conference<br>Scottsdale, AZ | Sagem Morpho | 2001 |
| AZAFIS tenprint Terminal Operator Certificate<br>ACJIS Network Terminal Operator Certificate | Arizona Department of Public Safety | 2001 |
| Advanced Tenprint Training<br>Advanced TP600 Livescan Training<br>Basic ILS2 Training<br>MPI Capture Workstation Training<br>Phoenix, AZ | AZAFIS | 2001 |
| Evidence Technology Certificate<br>Crime and Accident Scene Photography Certificate<br>Fingerprint Classification and Identification Certificate<br>Phoenix, AZ | Phoenix College, Arizona | 2001 |