Mesa Police Department



# MESA POLICE DEPARTMENT
# FORENSIC SERVICES

**133 N. Morris, Mesa, AZ 85201**

**CONTROLLED SUBSTANCES**
**SCIENTIFIC EXAMINATION REPORT**

FSS032621-0014-0001

ZCLB160G0FGPGT

**MESA PD**
130 N. Robson
Mesa, AZ 85201

**CASE NUMBER: 202152907**

**OFFICER:**   Haynes 14360

**NAME(S):**

**ITEMS:**

| | |
|---|---|
| ME60688-1 (001): | Numerous round blue tablets. |
| ME60688-3 (002): | One (1) plastic zip bag containing light pink substance. |

**RESULTS:**

| | |
|---|---|
| ME60688-1 (001): | One (1) of the tablets was analyzed and found to contain fentanyl, a narcotic drug, in a useable quantity. |
| ME60688-3 (002): | 13.8 grams (gross weight of plastic zip bag and light pink substance) of substance containing cocaine, a narcotic drug in a useable quantity. |

*This report contains the conclusions, opinions, and interpretations of the analyst whose signature appears on the report. The results, conclusions, opinions, and interpretations apply only to the samples as received and are related only to the items tested.*

*Ashleigh Vincent*

4/6/2021

Ashleigh Vincent, Forensic Scientist II, 20663

Date

Technical Review:        20738
04/06/2021

Administrative Review:        20738
04/06/2021

For P24211     Printed On Apr-13-2022  (Wed.)

# CHAIN OF CUSTODY REPORT

LAB CASE NUMBER: FSS032621-0014

**CASE NUMBER: 202152907**

| PIN | From | Agency | PIN | To | Agency | Date/Time |
|-----|------|--------|-----|-----|--------|-----------|
| **Subm #:** 001 | | **Prop ID #:** ME60688-1 | | blue m30 pills - suspect fentanyl | | |
| [ ] | Evidence Section | (FSS) | [X] | Gonzalez, Cipriana | (FSS) | 03/26/2021 08:11:42 |
| [X] | Gonzalez, Cipriana | (FSS) | [X] | Vincent, Ashleigh | (FSS) | 03/26/2021 08:11:44 |
| [X] | Vincent, Ashleigh | (FSS) | [X] | Epps, Tracy | (FSS) | 03/30/2021 07:59:22 |
| [X] | Epps, Tracy | (FSS) | [ ] | Evidence Section | (FSS) | 03/30/2021 07:59:24 |
| **Subm #:** 002 | | **Prop ID #:** ME60688-3 | | white powder substance - weight is with all packaging | | |
| [ ] | Evidence Section | (FSS) | [X] | Gonzalez, Cipriana | (FSS) | 03/26/2021 08:11:42 |
| [X] | Gonzalez, Cipriana | (FSS) | [X] | Vincent, Ashleigh | (FSS) | 03/26/2021 08:11:44 |
| [X] | Vincent, Ashleigh | (FSS) | [X] | Epps, Tracy | (FSS) | 03/30/2021 07:59:22 |
| [X] | Epps, Tracy | (FSS) | [ ] | Evidence Section | (FSS) | 03/30/2021 07:59:24 |

Page 1 of 1

## CONTROLLED SUBSTANCES WORKSHEET

**Laboratory Notes**

**Mesa PD Forensic Services**

LAB CASE NUMBER: FSS032621-0014

**CASE NUMBER: 202152907**

**Requesting Officer: Haynes**
Mesa PD
130 N. Robson
Mesa, AZ 85201

### Controlled Substances Analysis Notes

**Notes:**

**Item#: ME60688-1 (001)**

*NOTES*

**Analysis Notes:**    3/26/21
#ME60688-1 marked sealed evidence bag (..2021-52907, ME60688-1,..) containing numerous blue round tablets.

Note- one tablet analyzed-scored marked "M / 30"- repackaged in plastic zip bag from lab.
Note- tablets not analyzed repackaged in kpak from lab
Note- entire item repackaged in evidence bag from lab for safety precautions

**Result Weights:**    Fentanyl: net 0.0994 gram +/- 0.0040 gram    Count: 1.00    Balance: B22
*The expanded uncertainty is reported at a coverage probability of 95.45%.*

**SAMPLE PREPARATION:**

Base / Chloroform
*Observation Comments:*        BASE Lot: 5% NaOH: AM022321
Chloroform Lot: Y28E706

Centrifuge
*Observation Comments:*        No Notes Entered.

DI Water
*Observation Comments:*        No Notes Entered.

Hexane / Ethanol
*Observation Comments:*        Lot: GS022321

Page 1 of 4

## CONTROLLED SUBSTANCES WORKSHEET

**Mesa PD Forensic Services**

LAB CASE NUMBER: FSS032621-0014

**Laboratory Notes Continued**

**CASE NUMBER: 202152907**

| EXAMINATIONS PERFORMED: | Observation 1 |
|---|---|
| Marquis | No Reaction / No Reaction |
| *Observation Comments:* | Concentrated Sulfuric Acid Lot: SHBJ1013 Formaldehyde Lot: 10190043 |
| | Observation 1 |
| Froehde's | No Reaction |
| *Observation Comments:* | Froehde's Lot: GS093020 |
| | Observation 1 |
| Gas Chromatography/ Mass Spectrometry | Fentanyl vis/ret |
| *Observation Comments:* | sequence: GS032921 |
| GC/MS (Screen) | |
| *Observation Comments:* | Data file:  032621_10 extracted and rescreened 032621_11 fentanyl ind. |
| Gross Weight | |
| *Observation Comments:* | 2.55 kilograms gross weight of entire item (balance B8) |
| Net Pill Weight | |
| *Observation Comments:* | 2.53 kilograms (balance B8) |

**Result Notes:**   One (1) of the tablets was analyzed and found to contain fentanyl, a narcotic drug, in a useable quantity.

## CONTROLLED SUBSTANCES WORKSHEET

**Mesa PD Forensic Services**

LAB CASE NUMBER: FSS032621-0014

### Laboratory Notes Continued

**CASE NUMBER: 202152907**

**Item#: ME60688-3 (002)**

_NOTES_

**Analysis Notes:**  3/26/21
#ME60688-3 marked sealed evidence bag (..2021-52907, ME60688-3,..) containing plastic zip bag containing light pink substance.

Note- evidence bag has extra unmarked heat seal to left of marked heat seal
Note- gross weight taken for safety precautions

**Result Weights:**  Cocaine: gross 13.89 grams +/- 0.06 grams   Count: 1.00   Balance: B4
_The expanded uncertainty is reported at a coverage probability of 95.45%._

**SAMPLE PREPARATION:**

Hexane / Ethanol
_Observation Comments:_        Lot: GS022321

**EXAMINATIONS PERFORMED:**

Marquis
_Observation Comments:_        No Reaction / Slight Orange

Concentrated Sulfuric Acid Lot: SHBJ1013
Formaldehyde Lot: 10190043

Observation 1

Cobalt Thiocyanate                      Blue / Blue
_Observation Comments:_        Cobalt Thiocyanate Lot:GS122920
Stannous Chloride Lot: GS122920

Observation 1

Sodium Nitroprusside                 No Reaction / No
Reaction
_Observation Comments:_        Sodium Nitroprusside Lot: AD022321
2% Sodium Carbonate Lot: HS071320

Observation 1

Froehde's                                        No Reaction
_Observation Comments:_        Froehde's Lot: GS093020

## CONTROLLED SUBSTANCES WORKSHEET

**Mesa PD Forensic Services**

LAB CASE NUMBER: FSS032621-0014

**Laboratory Notes Continued**

**CASE NUMBER: 202152907**

<u>Observation 1</u>

Gas Chromatography/ Mass Spectrometry
Cocaine vis/ret

*Observation Comments:*  sequence: GS032921

GC/MS (Screen)
*Observation Comments:*  Data file:  032621_12

cocaine ind.

Gross Weight
*Observation Comments:*  26.62 grams gross weight of entire item (balance B4)

**Result Notes:**  13.8 grams (gross weight of plastic zip bag and light pink substance) of substance containing cocaine, a narcotic drug in a useable quantity.

Page 4 of 4