

# Mesa Forensic Services
## Statement of Qualifications

**Name of Lab**  Mesa Police Department Forensic Services    **Date**  11/4/2022

**Name**  Ashleigh Kriesel    **ID#**  20663    **Job Title**  Forensic Scientist III

**Discipline(s):** Indicate all areas in which you do casework.

- ☐ Biology
- ☐ Bloodstain Pattern Analysis
- ☐ Firearms/Toolmarks
- ☒ Fire Debris & Explosives
- ☐ Footwear & Tire
- ☐ Friction Ridge (Latent Prints)
- ☒ Seized Drugs (Controlled Substances)
- ☐ Toxicology
- ☐ Crime Scene Investigation
- ☐ Digital & Multimedia Evidence
- ☐ Fingerprint Examination

**Categories of Testing:** List all categories in which you perform casework

- ☐ Body Fluid Identification
- ☐ Collection
- ☐ DNA-STR
- ☐ Enhancement
- ☐ Individual Characteristic Database
- ☐ Click or tap here to enter text.
- ☐ Physical Comparison
- ☐ Product Determination
- ☒ Qualitative Determination
- ☐ Quantitative Determination
- ☐ Click or tap here to enter text.
- ☐ Click or tap here to enter text.

**Education:** List all higher academic institutions attended:

| Institution | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| Arizona State University | 08/2008- 05/2013 | Biochemistry | Bachelor of Science |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

OSHA Compliance June 2015
ASCLD/LAB Internal Auditor Course September 2015
Annual Safety Training October 2015
Courtroom Testimony Training April 2016
Fentanyl for First Responders May 2016
Safety Considerations and Best Practices When Field Testing for Narcotics July 2016
Synthetics and New Trends August 2016
Fire and Arson Investigation Basics November 2016
DEA Forensic Drug Chemistry Seminar September 2017
2019 Online Symposium-Day 4: Seized Drugs May 2019
Marijuana or Hemp: From Farm Bill to Forensic Analysis February 2020
UCF Basic Fire Debris Analysis April 2020
Think Reliability Cause Mapping March 2022
ATF Introductory Fire Debris Analysis for the Forensic Chemist July 2022

Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of this document by checking the document revision level with that on the FSS Accreditation share.



# Mesa Forensic Services

## Statement of Qualifications

**Courtroom Experience:** List all discipline(s) in which you have qualified to testify as an expert witness.

| Discipline | Period of Time | How Many Times |
|---|---|---|
| Controlled Substances | December 2016-November 2022 | 12 |

**Professional Affiliations:** List any professional organizations of which you are or have been a member.  Indicate any offices or other positions held and the date(s) of these activities.

Click or tap here to enter text.

**Certifications:** List all certifications you hold:

| Type of Certification | Date Received | Expiration Date |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | Click or tap here to enter text. |

**Employment History:** List all scientific or technical positions held, particularly those related to forensic science. List your current position first. Give a brief summary of principal duties and tenure (year range) in each position.

| 1. Job Title | Forensic Scientist | Employer | Mesa Police Department Forensic Services |
|---|---|---|---|
| Tenure (yyyy-yyyy) | 2015-Present | | |
| Principal Duties | Perform forensic examinations of physical evidence related to the identification of controlled substances and ignitable liquids. | | |

| 2. Job Title | Forensic Services Laboratory Technician | Employer | Mesa Police Department Forensic Services |
|---|---|---|---|
| Tenure (yyyy-yyyy) | 2015-2015 | | |
| Principal Duties | Responsibilities include performing technical duties associated with forensic analyses by: preparing reagents, samples and solutions for chemical analysis; calibrating, cleaning and monitoring laboratory equipment; collecting and coordinating the removal of hazardous chemical and biological wastes; maintaining reference standards; conducting annual inventories of equipment; order and stock supplies; assisting the Toxicology Unit with testing of preliminary breath test devices (PBTs); monitoring building and associated equipment daily for temperatures, pressures, status, etc., and investigate any alerts; work with City Facilities Maintenance to address any maintenance concerns. Also, perform duties as a Safety Officer for Forensic Services, which include: inspecting and monitoring safety devices (emergency showers, eyewash fountains, fume hoods, and fire extinguishers); updating on-line Safety Data Sheets (SDS) for chemicals used in the laboratory, and providing annual safety training for all Forensic Services' members. Outsourcing and multi-agency evidence transfers. | | |

| 3. Job Title | Quality Control Lead | Employer | Excelsior SuperFoods |
|---|---|---|---|
| Tenure (yyyy-yyyy) | 2014-2015 | | |

Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of this document by checking the document revision level with that on the FSS Accreditation share.



# Mesa Forensic Services

## Statement of Qualifications

| | |
|---|---|
| Principal Duties | Ensuring that all of the duties within the Quality Control Department were being completed. Responsibilities included: identity testing of raw materials; drafting certificates of analysis; approving product for shipment; checking temperatures; outsourcing samples to be tested; ordering supplies; reviewing and updating standard operating procedures; performing line checks. |

| | | | | |
|---|---|---|---|---|
| **4.   Job Title** | Forensic Services Volunteer | Employer | Mesa Police Department Forensic Services |
| Tenure (yyyy-yyyy) | 2012-2015 | | |
| Principal Duties | Helping units with various tasks such as scanning documents into LIMS, stocking lab shelves, preparing drug proficiency test kits, arranging and repackaging archived print cards. | | |

**Other Qualifications:** List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist. (This row will continue to expand. Push Enter to start a new line. Copy and Paste from another document should work.)

Click here to enter text.

Printed copies of this document are considered for reference only. It is the responsibility of members to ensure that they are using the correct revision of this document by checking the document revision level with that on the FSS Accreditation share.