

# REGIONAL FORENSIC SCIENCE CENTER

Shelly Steadman, Ph.D. – Director
Timothy S. Gorrill, M.D., Ph.D. – District Coroner – Chief Medical Examiner

Drug ID
**Laboratory Report**

| | | | |
|---|---|---|---|
| **Agency Case #:** | 22C018187 | **Laboratory Case #:** | 22-00684 #1 |
| **Agency:** | Wichita PD | **Report Date:** | March 30, 2022 |
| | 455 North Main Street | **Reported by:** | Lana J. Goodson, BS |
| | Wichita, KS  67202 | **Record #:** | 1.0 |
| **Requester(s):** | Weidner, Daniel | **Lab Activity Dates:** | 03/29/2022 to 03/30/2022 |
| | | **Subject Name(s):** | Victor Nunez (Suspect) |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

**EVIDENCE DESCRIPTION**

The following was submitted by Daniel Weidner on March 29, 2022:
   Container A - Tape-Sealed Paper Sack Containing:  5 Plastic Bags with Possible Fentanyl Pills and 1
       Plastic Tube with Possible Fentanyl Pills
      Item 1 - Item 8

**EVIDENCE SUMMARY**

Item 1 - 853 olive, round, 1/2 scored tablets with the logo "M<>30" (Item 1.1 tested).
Item 2 - 854 olive, round, 1/2 scored tablets with the logo "M<>30" (Item 2.1 tested).
Item 3 - 904 light green, round, 1/2 scored tablets with the logo "M<>30" and fragments (Item 3.1 tested).
Item 4 - 663 olive, round, 1/2 scored tablets with the logo "M<>30" and fragments (Item 4.1 tested).
Item 5 - 213 light green, round, 1/2 scored tablets with the logo "M<>30" and fragments (Item 5.1 tested).
Item 6 - 744 olive, round, 1/2 scored tablets with the logo "M<>30" (Item 6.1 tested).
Item 7 - 122 light green, round, 1/2 scored tablets with the logo "M<>30" (Item 7.1 tested).
Item 8 - 15 blue, round, 1/2 scored tablets with the logo "M<>30" (Item 8.1 tested).

**METHODOLOGY**

Weight Determination
Pharmaceutical Identification
Gas Chromatography-Mass Spectrometry [GC-MS]

**RESULTS**

Item 1.1 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.
Item 1 - Total net weight = 101.68 grams.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 1 of 2
LG

Drug ID     Report Date: March 30, 2022     Laboratory Case #: 22-00684 # 1

Item 2.1 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.
Item 2 - Total net weight = 101.74 grams.

Item 3.1 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.
Item 3 - Total net weight = 110.96 grams.

Item 4.1 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.
Item 4 - Total net weight = 79.05 grams.

Item 5.1 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.
Item 5 - Total net weight = 22.83 grams.

Item 6.1 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.
Item 6 - Total net weight = 88.82 grams.

Item 7.1 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.
Item 7 - Total net weight = 12.97 grams.

Item 8.1 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.
Item 8 - Total net weight = 1.61 grams.

**REMARKS**

All items, unless otherwise noted, were returned to the submitting agency. Some items may have been repackaged during analysis.

Items 1, 2, 3, 4, 5, 6, 7 and 8 - The remaining exhibits from these items were weighed only and were not tested further at this time.

Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.04 gram for weights less than or equal to 400 grams and ± 0.22 gram for weights greater than 400 grams.  Weights reported in kilograms are ± 0.01 kilogram. All ± values are at a confidence interval of 95.45%.

Scientist: _____
Lana J. Goodson, BS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 2 of 2
LG