

# REGIONAL FORENSIC SCIENCE CENTER

Shelly Steadman, Ph.D. – Director
Timothy S. Gorrill, M.D., Ph.D. – District Coroner – Chief Medical Examiner

Drug ID
**Supplemental Report**

| | | | |
|---|---|---|---|
| **Agency Case #:** | 22C018187 | **Laboratory Case #:** | 22-00684 #2 |
| **Agency:** | Wichita PD | **Report Date:** | August 4, 2022 |
| | 455 North Main Street | **Reported by:** | Lana J. Goodson, BS |
| | Wichita, KS  67202 | **Record #:** | 2.0 |
| **Requester(s):** | Weidner, Daniel | **Lab Activity Dates:** | 07/26/2022 to 08/04/2022 |
| | | **Subject Name(s):** | Victor Nunez (Suspect) |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

### EVIDENCE DESCRIPTION
The following was submitted by Daniel Weidner on April 25, 2022:
  Container A - Tape-Sealed Paper Sack Containing:  5 Plastic Bags with Possible Fentanyl Pills and 1 Plastic Tube with Possible Fentanyl Pills
    Item 1 - Item 8

### EVIDENCE SUMMARY
Item 1 - 853  olive, round, 1/2 scored tablets with the logo "M<>30" (Items 1.2 - 1.18 tested).
Item 2 - 854  olive, round, 1/2 scored tablets with the logo "M<>30" (Items 2.2 - 2.18 tested).
Item 3 - 904  light green , round, 1/2 scored tablets with the logo "M<>30" (Items 3.2 - 3.17 tested).
Item 4 - 663  olive, round, 1/2 scored tablets with the logo "M<>30" (Items 4.2 - 4.17 tested).
Item 5 - 213  light green, round, 1/2 scored tablets with the logo "M<>30" (Items 5.2 - 5.16 tested).
Item 6 - 744  olive, round, 1/2 scored tablets with the logo "M<>30" (Items 6.2 - 6.17 tested).
Item 7 - 122  light green , round, 1/2 scored tablets with the logo "M<>30" (Items 7.2 -7.16 tested).
Item 8 - 15  blue, round, 1/2 scored tablets with the logo "M<>30" (Items 8.2 - 8.15 tested).

### METHODOLOGY
Weight Determination
Pharmaceutical Identification
Gas Chromatography-Mass Spectrometry [GC-MS]
Sampling Procedure

### RESULTS
Item 1.2 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 1.3 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 1.4 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 1 of 7
LG

| | Supplemental Report | |
|---|---|---|
| Drug ID | Report Date: August 4, 2022 | Laboratory Case #: 22-00684 # 2 |

Item 1.5 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 1.6 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.7 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 1.8 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.9 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.10 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.11 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.12 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 1.13 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 1.14 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 1.15 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.16 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 1.17 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 1.18 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 2.2 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.3 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.4 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 2.5 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 2.6 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.7 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.8 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.9 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 2 of 7
LG

| | **Supplemental Report** | |
|---|---|---|
| Drug ID | Report Date: August 4, 2022 | Laboratory Case #: 22-00684 # 2 |

Item 2.10 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.11 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 2.12 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 2.13 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.14 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.15 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 2.16 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.14 gram.

Item 2.17 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 2.18 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 3.2 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.3 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.4 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 3.5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.6 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 3.7 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.8 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.9 - Fentanyl. Net weight = 0.13 gram.

Item 3.10 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 3.11 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 3.12 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.13 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 3.14 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 3 of 7
LG

| | | |
|---|---|---|
| **Supplemental Report** | | |
| Drug ID | Report Date: August 4, 2022 | Laboratory Case #: 22-00684 # 2 |

Item 3.15 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 3.16 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 3.17 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.2 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.3 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.4 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.5 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 4.6 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 4.7 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.8 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.9 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.10 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.11 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.12 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.13 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.14 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 4.15 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 4.16 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 4.17 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 5.2 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.3 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 5.4 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 4 of 7
LG

| | | |
|---|---|---|
| | **Supplemental Report** | |
| Drug ID | **Report Date: August 4, 2022** | **Laboratory Case #:** 22-00684 # 2 |

Item 5.5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.6 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.7 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 5.8 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.9 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 5.10 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.11 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 5.12 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.13 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 5.14 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 5.15 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 5.16 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 6.2 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.3 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 6.4 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.5 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.6 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 6.7 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.8 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.9 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 6.10 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 6.11 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 5 of 7
LG

| | **Supplemental Report** | |
|---|---|---|
| Drug ID | **Report Date:** August 4, 2022 | **Laboratory Case #:** 22-00684 # 2 |

Item 6.12 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 6.13 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 6.14 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 6.15 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.16 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.13 gram.

Item 6.17 - Tramadol, 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 7.2 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.3 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.4 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.6 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 7.7 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.8 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.9 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 7.10 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.11 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 7.12 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.13 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 7.14 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 7.15 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 7.16 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 8.2 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 6 of 7
LG

**Supplemental Report**

| | | |
|---|---|---|
| Drug ID | **Report Date: August 4, 2022** | Laboratory Case #: 22-00684 # 2 |

Item 8.3 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.4 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.6 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.7 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.10 gram.

Item 8.8 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.9 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.10 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.11 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 8.12 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.13 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

Item 8.14 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.11 gram.

Item 8.15 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl. Net weight = 0.12 gram.

**REMARKS**

All exhibits, unless otherwise noted, were returned to the submitting agency. Exhibits not assigned an Item identifier were not tested at this time. Some Items may have been repackaged during analysis.

Items 1, 2, 3, 4, 5, 6, 7 and 8 - The remaining items were previously tested and were not tested further at this time.

Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.04 gram for weights less than or equal to 400 grams and ± 0.19 gram for weights greater than 400 grams. Weights reported in kilograms are ± 0.01 kilogram. All ± values are at a confidence interval of 95.45%.

Scientist: _Lana J. Goodson_ (signature)

Lana J. Goodson, BS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 7 of 7
LG