# Curriculum Vitae of Lana Goodson

**Sedgwick County Regional Forensic Science Center**
**1109 N. Minneapolis St. ● Wichita, Kansas 67214 ● (316) 660-4800**

## EDUCATION

Bachelor of Arts, Tabor College, May 1996
Major:  Biology

## RELEVANT COURSEWORK

Physical Chemistry I, II
Organic Chemistry I
Physics I, II
Statistics
Pathophysiology

Clinical Pharmacology HS 301
    Dr. Ladonna Hale, Wichita State University (Fall 2002)
Pharmacology of Street Drugs PA 129
    Dr. Ladonna Hale, Wichita State University (Fall 2004)

## WORKSHOPS & SPECIALIZED TRAINING

Interpretation of Mass Spectra-Introduction, MAFS Workshop
   R. Martin Smith (5-00)
Postmortem Toxicology:  Pitfalls to Avoid,
   Timothy P. Rohrig, Ph.D., DABFT (7-01)
Forensic Toxicology Primer:  Analytical Toxicology, SAT Meeting
   Gary Kunsman, Ph.D. (11-01)
Raves and Rave Drugs.
   Bill Rowland, KBI (1-02)
Pharmacokinetics and Pharmacodynamics of Ethyl Alcohol.
   Timothy P. Rohrig, Ph.D., DABFT (3-02)
The Effects of Drugs on Human Performance and Behavior,
   Robert F. Borkenstein Center for Studies of Law in Action (3-03)
Fall Meeting of Southwestern Association of Toxicologists (SAT),
   Oklahoma City, OK (11-04)
Spring Meeting of Southwestern Association of Toxicologists (SAT),
   Dallas, TX  (4-05)
DUI Seminar, Les Hulnick and Michelle Smith (2-05)
Annual Conference of Southwestern Association of Forensic Scientists
   (SWAFS), Wichita, KS (10-05)
Murder by Poison/Poisoners throughout History (SWAFS), John Harris
   Trestrail (10-05)

<u>The ABC's of DRE Apprehension and Prosecution of Drug Impaired Drivers,</u> Kansas Highway Patrol (9-06)

<u>Spring Meeting of Southwestern Association of Toxicologists</u> (SAT), Little Rock, AR (4-07)

<u>The Apprehension and Prosecution of Impaired Drivers,</u> Kansas Highway Patrol (9-07)

<u>Expert Testimony for Prosecutor and Scientist I and II</u>, RTI International (4-08, 5-08)

<u>"Catch Me If You Can"- Investigation, Reconstruction, Prosecution,</u> Kansas Highway Patrol (9-08)

<u>Gang Awareness</u> (KSJOA), Deputy Lenker and Wint, SCSO Gang Unit (11-09)

<u>Critical Issues of Methamphetamine</u> (KSJOA), Loretta Wyrick Severin, Kansas Meth Prevention Project (11-09)

<u>Salvia Divinorum:  Effects, Legal Status and Analysis</u>, Barry K. Logan, PhD, DABFT (03-10)

<u>Introduction to Measurement Uncertainty-- Parts I and II</u>, Marc A. LeBeau, Ph.D. (08-10)

<u>Ethics II training; The Ethics of Leadership and the Leadership of Ethics,</u> Paul J. Voss, PhD., RTI International  (10-11)

<u>Analysis of Emerging Drugs of Abuse</u>, Jeremy Morris, Johnson County (08-12)

<u>Increasing Diversity of Chemicals in Synthetic Stimulant and Cathinone Cases</u>, Barry Logan, PhD, DABFT (11-12)

<u>Uncertainty of Measurement; ASCLAD LAB 100A, 100B and 100C</u>, Laurell Farrell (7-13)

<u>Optimizing GC Detectors; CHROMacademy web training,</u> Tony Taylor and Dr. Dawn Watson, Crawford Scientific (10-14)

<u>Principles of Ionization in GCMS; CHROMacademy web training,</u> Tony Taylor, Crawford Scientific (3-15)

<u>Regioisomer Differentiation for Substances Using GC-IR,</u>  Dr. Randall Clark and Mr. Lewis Smith, FTCOE – Forensic Technology Center of Excellence  (11-15)

<u>Forensic Chemist Seminar,</u> Drug Enforcement Administration, (6-16)

<u>Ethics and Professional Responsibility,</u>  Ron Paschal  (12-16)

<u>Kansas Drug ID Chemist's Meeting,</u> hosted by KBI  (4-17)

<u>Naloxone/Narcan Training,</u>  Andrea Maurer, Sedgwick County EMSS (6-17)

<u>LC and GC Separation Seminar Tour</u>, Agilent Application Scientists (8-18)

<u>Kansas Drug ID Chemist's Meeting,</u> hosted by KBI  (5-19)

<u>Law Enforcement Industrial Hemp Field Day</u>, hosted by K-State Research and Extension Center, John C. Pair Horticultural Center  (8-19)

<u>Marijuana or Hemp:  From Farm Bill to Forensic Analysis,</u> Forensic Technology Center of Excellence; Rene´e Johnson, Mike Goodrich, Dr. Sandra Rodriguez-Cruz (1-20)

    Expert Testimony Training for the Prosecutor & Scientist I, Robert Gainor, Esq, RTI International (3-20)
    Expert Testimony Training for the Prosecutor & Scientist II, Dr. Michael Wagner, RTI International (3-20)
    How to Be a Good Expert Witness, Dr. Gregory Davis, RTI International (3-20)
    Drug Exposures in the Forensic Laboratory, Forensic Technology Center of Excellence; Robert Kirkby, Forensic Science Division, Michigan State Police (6-20)

## PUBLICATIONS

Timothy P. Rohrig and Lana J. Goodson. A Sertraline Intoxicated Driver. Submitted to the *Journal of Analytical Toxicology*, Vol. 28, Nov/Dec 2004.

Timothy P. Rohrig, Connie Huber, Lana Goodson, and Wayne Ross. Detection of Ethylglucuronide in Urine following the Application of Germ-X. Submitted to the *Journal of Analytical Toxicology*, Vol. 30, Nov/Dec 2006.

## LABORATORY SKILLS

-Participated in ASCLD/LAB accreditation.
-Participated in ASCLD/LAB-*International* Accreditation.
-Participated in ANAB ISO/IEC 17025:2017 Accreditation.
-Perform chemical analysis and examination of organic, inorganic, and unknown substances.
-Perform standard toxicology (including post-mortem, ante-mortem, DUI/HPT cases, DFSA cases, and blood alcohols), drug identification, and other chemical and biological tests.
-Develops and/or updates testing procedures for new and existing drugs.
-Prepares laboratory reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
-Appears in court to give testimony on findings.
-Performs technical and administrative peer reviews.
-Performs inventory of laboratory equipment, reagents, supplies, and evidence.
-Maintains chain of custody.
Instruments utilized and/ or familiar with:
- Gas Chromatography/Mass Spectrometry
- Gas Chromatography coupled with Flame Ionization and Nitrogen-Phosphorous Detectors
- UV/Vis Spectrophotometry
- ELISA Technology

- Syva 30R
- CO-Oximeter, Katsumata and Palladium Chloride Micro diffusion
- TDx
- Dade Behring, Viva-Jr.
- Infrared Spectrophotometer (FTIR)

## PROFESSIONAL MEMBERSHIPS

Southwestern Association of Toxicologists (SAT), member since 11-2000.

Society of Forensic Toxicologists (SOFT), member since 05-2007.

## EMPLOYMENT HISTORY

05/19-Present  Regional Forensic Science Center
Wichita, Kansas
Criminalistics Lab Manager, 06/09/19-Present
Interim Criminalistics Lab Manager, 05/09/19-06/09/19
Forensic Scientist, DID Technical Lead

- Manage the Criminalistics Section; which includes, Drug Identification, Fire Debris, and Firearms and Toolmark.  Will oversee scientists in these sections and complete managerial duties.  This would include employee reviews, timesheets and hiring of new employees.
- Responsible for technical issues in the Drug ID section.  Oversees training, updates and makes changes to policies and procedures, updates controlled forms and worksheets.
- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for open-container violations while maintaining quality control and chain of custody.
- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

1/11-05/19  Regional Forensic Science Center
Wichita, Kansas
Forensic Scientist, DID Technical Lead

- Responsible for technical issues in the section.  Oversees training, updates and makes changes to policies and procedures, updates controlled forms and worksheets.
- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for

- open-container violations while maintaining quality control and chain of custody.
- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

4/08-1/11         Regional Forensic Science Center
                  Wichita, Kansas
                  Forensic Scientist

- Performs analysis on items of evidence for the presence or absence of controlled substances or drugs, performs quantitation as needed, tests for open-container violations while maintaining quality control and chain of custody.
- Prepares detailed reports summarizing examination findings for law enforcement personnel and prosecuting attorneys.
- Available for testimony as needed in criminal trials.

12/99-4/08        Regional Forensic Science Center
                  Wichita, Kansas
                  Forensic Scientist

- Performs standard toxicology, Human Performance Testing, post-mortem toxicology, open-container violations, and blood alcohol testing utilizing complex instrumentation while maintaining quality control and chain of custody.
- Available for testimony as needed on findings.

08/99-12/99       Regional Forensic Science Center
                  Wichita, Kansas
                  Forensic Pathology Assistant

- To assist pathologist in autopsy procedures, body receiving and release, proper removal and storage of post-mortem samples, maintain chain of custody.

**COURT EXPERIENCE**

Given testimony in several driving under the influence, alcohol, sexual assault, and drug identification cases in the state of Kansas.
Expert witness, Blood Ethanol Analysis, 18th District Court, Kansas.
Expert witness, Drug ID, Municipal Court, Wichita, KS.  05-06-2010.
Expert witness, Drug ID, Federal Court, Wichita, KS.  02-14-2013.

**PERSONAL SUMMARY**

Reliable and hard working, proficient trouble-shooting skills, good attention to detail, effective problem-solving and organizational abilities, fine communicator and team player.  Ability to handle large workload and prioritize appropriately while reporting data with professional integrity and honesty.