

# REGIONAL FORENSIC SCIENCE CENTER

Shelly Steadman, Ph.D. – Director
Timothy S. Gorrill, M.D., Ph.D. – District Coroner – Chief Medical Examiner

Drug ID
**Supplemental Report**

| | | | |
|---|---|---|---|
| **Agency Case #:** | 779060-21-0290 | **Laboratory Case #:** | 22-00422 #2 |
| **Agency:** | Bureau of Alcohol, Tobacco, Firearms and Explosives | **Report Date:** | September 7, 2022 |
| | 301 N. Main St #225 | **Reported by:** | Celia J. Whelan, MSFS |
| | Wichita, KS  67202 | **Record #:** | 2.0 |
| | | **Lab Activity Dates:** | 08/30/2022 to 09/06/2022 |
| **Requester(s):** | Chaffee, Aaron | **Subject Name(s):** | Steven Peters (Suspect) |
| | Peterson, Theodore | | Deondre Parker (Suspect) |
| | | | Demonte Hill (Suspect) |
| | | | Danny Griffin (Suspect) |
| | | | Tevin Taylor (Suspect) |
| | | | Donte Hopkins (Suspect) |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

**EVIDENCE DESCRIPTION**

The following was submitted by Theodore Peterson on June 14, 2022:
    Container B - Sealed Plastic Bag Containing:  Tied-Plastic Bag Containing Blue Tablets (~200 Total/Possible Fentany)
       Item 2 - Item 4

The following was submitted by Theodore Peterson on June 16, 2022:
    Container C - Sealed Plastic Bag Containing:  Plastic Baggie Containing Blue Round Pills (Possible Fentanyl)
       Item 5 - Item 7

The following was submitted by Theodore Peterson on June 28, 2022:
    Container D - Sealed Plastic Bag Containing:  Plastic Bag Containing (~700) Blue Pills/Tablets (Possible Fentanyl)
       Item 8 - Item 10

The following was submitted by Aaron Chaffee on June 30, 2022:
    Container E - Sealed Plastic Bag Containing:  Plastic Bag Containing Suspected Unknown Controlled Substance Wrapped in Cellophane
       Item 11 - Item 12
    Container F - Sealed Plastic Bag Containing:  Paper Sack Containing Clear Bag Containing Off-White Powder Substance
       Item 13 - Item 25

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 1 of 8
CJW

**Supplemental Report**

Drug ID             **Report Date:** September 7, 2022      **Laboratory Case #:** 22-00422 # 2

The following was submitted by Aaron Chaffee on June 30, 2022:
     Container G - Sealed Plastic Bag Containing:  Suspected Controlled Substance Wrapped in Cellophane
       Item 26 - Item 30
     Container H - Sealed Plastic Bag Containing:  Suspected Drug Packaging

The following was submitted by Aaron Chaffee on June 30, 2022:
     Container I - Sealed Plastic Bag Containing:  Vacuum-Sealed Bag Containing Suspected Narcotics
       Item 31 - Item 32
     Container J - Sealed Plastic Bag Containing:  Plastic Zip-type Bag Containing Several Bags Containing Long Yellow Pills and Small Glass Jar Containing Long Yellow Pills
       Item 33 - Item 84
     Container K - Sealed Plastic Bag Containing:  Large Plastic Bag Containing Blue Pills
       Item 85 - Item 103
     Container L - Sealed Plastic Bag Containing:  Clear Zip-Type Bag Containing Large Wrapped Bag Containing GBS
       Item 104 - Item 105

The following was submitted by Theodore Peterson on July 13, 2022:
     Container M - Sealed Plastic Bag Containing:  Sealed Paper Sack Containing 2 Plastic Bags Each Containing Blue Pills (~1000 Total/Possible Fentanyl)
       Item 106 - Item 111

Items created in lab:
     Container N - Tape-Sealed Paper Sack Containing: Separated Packaging (Original Packaging From Tested Items in Container B - Container M)

**EVIDENCE SUMMARY**

Item 2 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 3 - A group of blue, round tablets.
Item 5 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 6 - A group of blue, round tablets.
Item 8 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 9 - A group of blue, round tablets.
Item 11 - A dark brown, tar-like substance.
Item 13 - A white, rock-like substance.
Item 14 - A white, rock-like substance.
Item 15 - A white, rock-like substance.
Item 16 - A white, rock-like substance.
Item 17 - A white, rock-like substance.
Item 18 - A white, rock-like substance.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 2 of 8
CJW

**Supplemental Report**

| Drug ID | Report Date: September 7, 2022 | Laboratory Case #: 22-00422 # 2 |
|---|---|---|

Item 26 - A dark brown, tar-like substance.
Item 27 - A dark brown, tar-like substance.
Item 31 - A white, rock-like substance.
Item 33 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 34 - A group of yellow, rectangle tablets and tablet fragments.
Item 36 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 37 - A group of yellow, rectangle tablets.
Item 38 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 39 - A group of yellow, rectangle tablets.
Item 40 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 41 - A group of yellow, rectangle tablets.
Item 42 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 43 - A group of yellow, rectangle tablets.
Item 44 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 45 - A group of yellow, rectangle tablets.
Item 46 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 47 - A group of yellow, rectangle tablets.
Item 48 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 49 - A group of yellow, rectangle tablets.
Item 50 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 51 - A group of yellow, rectangle tablets.
Item 52 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 53 - A group of yellow, rectangle tablets.
Item 54 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 55 - A group of yellow, rectangle tablets.
Item 56 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 57 - A group of yellow, rectangle tablets.
Item 58 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 59 - A group of yellow, rectangle tablets.
Item 60 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 61 - A group of yellow, rectangle tablets.
Item 62 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 63 - A group of yellow, rectangle tablets.
Item 64 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 65 - A group of yellow, rectangle tablets.
Item 66 - 1 yellow, rectangle, multi-scored tablet with the logo "R039".
Item 67 - A group of yellow, rectangle tablets.
Item 85 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 86 - A group of blue, round tablets.
Item 87 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 88 - A group of blue, round tablets.
Item 89 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 90 - A group of blue, round tablets.
Item 91 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • [www.sedgwickcounty.org/rfsc](www.sedgwickcounty.org/rfsc)

**Supplemental Report**

Drug ID      **Report Date: September 7, 2022**     Laboratory Case #: 22-00422 # 2

Item 92 - A group of blue, round tablets.
Item 93 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 94 - A group of blue, round tablets.
Item 95 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 96 - A group of blue, round tablets.
Item 104 - Plant material.
Item 106 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 107 - A group of blue, round tablets.
Item 109 - 1 blue, round, 1/2 scored tablet with the logo "M<>30".
Item 110 - A group of blue, round tablets.

**METHODOLOGY**

Weight Determination
Color Test(s)
Microscopic Examination
Pharmaceutical Identification
Gas Chromatography-Mass Spectrometry [GC-MS]
Marijuana/Hemp Differentiation
Fourier Transform Infrared-Attenuated Total Reflectance [FTIR-ATR]

**RESULTS**

Item 2 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 3 -  Net weight = 22.57 grams.

Item 5 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 6 -  Net weight = 55.99 grams.

Item 8 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 9 -  Net weight = 76.09 grams.

Item 11 - Xylazine - Not controlled (ID by literary reference). Net weight = 1120.40 grams.

Item 13 - Cocaine. Net weight = 55.71 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

Item 14 - Cocaine. Net weight = 95.82 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 4 of 8
CJW

**Supplemental Report**

Drug ID                  **Report Date: September 7, 2022**        Laboratory Case #: 22-00422 # 2

Item 15 -  Cocaine Hydrochloride.  Net weight = 95.53 grams.

Item 16 - Cocaine. Net weight = 95.86 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

Item 17 - Cocaine. Net weight = 77.07 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

Item 18 - Cocaine. Net weight = 82.94 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

Item 26 - Fentanyl.
    N-(x-fluorophenyl)-N-[1-(2-phenethyl)-4-piperidinyl]propanamide [Fluorofentanyl].  Isomer not determined.
    Xylazine - Not controlled (ID by literary reference).
    Dextromethorphan - Not controlled (ID by literary reference).
        Net weight = 1006.77 grams.

Item 27 - Xylazine - Not controlled (ID by literary reference). Net weight = 988.06 grams.

Item 31 - Cocaine. Net weight = 352.52 grams.
    Due to impurities in the sample matrix, the salt form of cocaine was unable to be determined.

Item 33 - Etizolam.  Net weight = 0.29 gram.

Item 34 -  Net weight = 52.86 grams.

Item 36 - Etizolam.  Net weight = 0.30 gram.

Item 37 -  Net weight = 31.03 grams.

Item 38 - Etizolam.  Net weight = 0.29 gram.

Item 39 -  Net weight = 30.45 grams.

Item 40 - Etizolam.  Net weight = 0.29 gram.

Item 41 -  Net weight = 30.25 grams.

Item 42 - Etizolam.  Net weight = 0.29 gram.

Item 43 -  Net weight = 30.47 grams.

Item 44 - Etizolam.  Net weight = 0.29 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 5 of 8
CJW

| | **Supplemental Report** | |
|---|---|---|
| Drug ID | Report Date: September 7, 2022 | Laboratory Case #: 22-00422 # 2 |

Item 45 -  Net weight = 29.63 grams.

Item 46 - Etizolam.  Net weight = 0.29 gram.

Item 47 -  Net weight = 29.99 grams.

Item 48 - Etizolam.  Net weight = 0.31 gram.

Item 49 -  Net weight = 29.86 grams.

Item 50 - Etizolam.  Net weight = 0.31 gram.

Item 51 -  Net weight = 30.61 grams.

Item 52 - Etizolam.  Net weight = 0.28 gram.

Item 53 -  Net weight = 30.72 grams.

Item 54 - Etizolam.  Net weight = 0.29 gram.

Item 55 -  Net weight = 30.55 grams.

Item 56 - Etizolam.  Net weight = 0.30 gram.

Item 57 -  Net weight = 30.10 grams.

Item 58 - Etizolam.  Net weight = 0.30 gram.

Item 59 -  Net weight = 29.97 grams.

Item 60 - Etizolam.  Net weight = 0.28 gram.

Item 61 -  Net weight = 31.00 grams.

Item 62 - Etizolam.  Net weight = 0.31 gram.

Item 63 -  Net weight = 29.96 grams.

Item 64 - Etizolam.  Net weight = 0.31 gram.

Item 65 -  Net weight = 30.04 grams.

Item 66 - Etizolam.  Net weight = 0.33 gram.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 6 of 8
CJW

**Supplemental Report**

Drug ID  **Report Date: September 7, 2022**  Laboratory Case #: 22-00422 # 2

Item 67 -  Net weight = 30.45 grams.

Item 85 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 86 -  Net weight = 109.85 grams.

Item 87 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 88 -  Net weight = 109.67 grams.

Item 89 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 90 -  Net weight = 109.75 grams.

Item 91 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 92 -  Net weight = 111.97 grams.

Item 93 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.12 gram.

Item 94 -  Net weight = 109.89 grams.

Item 95 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.10 gram.

Item 96 -  Net weight = 111.94 grams.

Item 104 - Marijuana containing Tetrahydrocannabinol. Net weight = 224.24 grams.

Item 106 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.10 gram.

Item 107 -  Net weight = 32.90 grams.

Item 109 - 4-anilino-N-phenethylpiperidine [ANPP] and Fentanyl.  Net weight = 0.11 gram.

Item 110 -  Net weight = 78.09 grams.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 7 of 8
CJW

**Supplemental Report**

Drug ID      **Report Date:** September 7, 2022      **Laboratory Case #:** 22-00422 # 2

**REMARKS**

All exhibits, unless otherwise noted, were returned to the submitting agency. Exhibits not assigned an Item identifier were not tested at this time. Some Items may have been repackaged during analysis.

Items 4, 7, 10, 12, 19, 20-25, 28-30, 32, 35, 68-84, 97-103, 105, 108 and 111 were separated/generated in lab and were not tested. These Items are packaging that was separated from the tested evidence Items they originally contained, individually repackaged, and returned to the submitting agency as separate Items inside of a new container.

Items 3, 6, 9, 37, 39, 41, 43, 45, 47, 49, 51, 53, 55, 57, 59, 61, 63, 65, 67, 86, 88, 90, 92, 94, 96, 107 and 110 - The exhibit(s) from these items were weighed only and were not further tested at this time.

Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.04 gram for weights less than or equal to 400 grams and ± 0.19 gram for weights greater than 400 grams. Weights reported in kilograms are ± 0.01 kilogram. All ± values are at a confidence interval of 95.45%.

Scientist: _[signature]_
Celia J. Whelan, MSFS
Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
1109 N. Minneapolis • Wichita, Kansas 67214-3129 • Telephone (316) 660-4800 • Fax (316) 383-4535 • www.sedgwickcounty.org/rfsc
Page 8 of 8
CJW