# Celia J. Whelan, M.S.F.S.

1109 N. Minneapolis| Wichita, KS 67214 | Phone: (316)660-4800
Email: celia.whelan@sedgwick.gov

## SUMMARY OF QUALIFICATIONS

Methodical and meticulous forensic scientist with an advanced degree in forensic science. A strong chemistry background enables a solid understanding of both the theoretical and practical aspects of laboratory processes and procedures. Background in communication studies allows for clear communication of complex scientific concepts to individuals of varying backgrounds. Manages time effectively, prioritizes responsibilities, and performs all duties ethically and professionally.

## EDUCATION

**Master of Science in Forensic Science**                                                                                                2017
*Marshall University, Huntington, WV*
Emphases in Forensic Chemistry and Digital Forensics
GPA: 4.00

**Bachelor of Science in Chemistry (American Chemical Society Certified)**                                   2015
*Western Kentucky University, Bowling Green, KY*
Minor in Mathematics; graduated with honors and summa cum laude
GPA: 3.96

**Bachelor of Arts in Communication Studies**                                                                                        2015
*Western Kentucky University, Bowling Green, KY*
Minor in Music; graduated with honors and summa cum laude
GPA: 3.96

## EXPERIENCE

**Forensic Scientist**                                                                                                                   Nov 2017 – Present
*Sedgwick County Regional Forensic Science Center, Wichita, KS*
- Determine suitable items for analysis from submitted evidence exhibits
- Document and secure evidence to ensure chain of custody is maintained
- Analyze selected evidence for the presence or absence of controlled substances
- Interpret results of analyses to determine the presence or absence of controlled substances
- Analyze selected evidence for the presence or absence of ignitable liquids
- Interpret results of analyses to determine the presence or absence of ignitable liquids
- Maintain detailed notes of evidence examined and tests performed
- Compose laboratory reports detailing the outcome of analyses performed on submitted evidence
- Testify as an expert witness in court regarding results and procedures of analyses performed
- Perform administrative and technical reviews of other analyst case files
- Participate in internal and/or external proficiency tests on a regular basis
- Confer with law enforcement and/or attorneys in regard to test results and interpretation of those results
- Maintain laboratory equipment and inventory of supplies
- Continue to maintain and increase level of expertise by attending available training courses
- Train new analysts to perform independent casework in drug identification and fire debris analysis

**Adjunct Professor in Forensic Science** Aug 2022 – Present
*Emporia State University, Emporia, KS*
- Instruct graduate level course(s) in the specialty area of forensic fire debris analysis
- Develop content for lecture and laboratory sessions, including the course syllabus, lectures, quizzes/exams, and laboratory exercises
- Present lectures and facilitate discussion of covered concepts
- Facilitate laboratory exercises and encourage application of concepts addressed in lecture presentations
- Evaluate and document student performance through a variety of methods
- Provide prompt feedback to guide learning and encourage success
- Maintain the online course interface to promote student involvement

**Adjunct Professor in Forensic Science** Mar 2019 – Present
*Wichita State University, Wichita, KS*
- Instruct undergraduate level courses in the specialty areas of forensic drug analysis and fire debris analysis
- Develop content for lecture and laboratory sessions, including the course syllabus, lectures, quizzes/exams, and laboratory exercises
- Present lectures and facilitate discussion of covered concepts
- Facilitate laboratory exercises and encourage application of concepts addressed in lecture presentations
- Evaluate and document student performance through a variety of methods
- Provide prompt feedback to guide learning and encourage success
- Maintain the online course interface to promote student involvement

## ADDITIONAL RELEVANT EXPERIENCE
**Pharmacy Technician** Aug 2017 – Nov 2017
*Kroger Pharmacy, Bardstown, KY*
- Served in the customer service role and released prescriptions to patients
- Sent refill requests needed by patients to appropriate providers
- Assisted patients, health care providers, and insurance companies by answering questions
- Performed counts and double-counts of prescription pills to be verified by the pharmacist
- Organized and returned medications to their designated places in the pharmacy
- Organized filled prescriptions such that technicians can easily find a specific prescription
- Protected patients and employees by carefully disposing of protected health information

**Digital Forensic Graduate Assistant** Aug 2015 – May 2017
*Marshall University, Huntington, WV*
- Aided West Virginia State Police Digital Forensics Unit (WVSP DFU) with incoming evidence and paperwork
- Performed review of packaging, evidence descriptions, and case reports for WVSP DFU analysts following their analysis
- Assisted in the recovery, preservation, and destruction of digital evidence from various digital devices
- Performed network mapping of the Marshall University Forensic Science Center
- Disassembled and reassembled desktops, laptops, and other media devices for maintenance and repair
- Assisted other graduate students, faculty, and staff with technical issues

**Vehicle Forensics Intern** May 2016 – Aug 2016
*Marshall University, Huntington, WV*
- Flashed and populated mobile phones with desired known data
- Learned how to navigate iVe software and use iVe hardware kits for data acquisitions from vehicles
- Performed data acquisitions on vehicle infotainment systems
- Analyzed data acquired by iVe to identify user information retained on vehicle systems
- Present findings in a technical research paper and seminar presentation

**Lead Tutor** Aug 2011 – May 2015
*Gatton Academy of Mathematics and Science in Kentucky, Bowling Green, KY*
- Tutored students in chemistry, mathematics, and French
- Organized and held review sessions for groups of students prior to exams
- Created practice exams, quizzes, and review questions to aid in student learning
- Held one-on-one sessions with students who desired extra assistance

**Chemistry Research Assistant** Jan 2010 – May 2015
*Western Kentucky University, Bowling Green, KY*
- Synthesized various platinum(II) anticancer drug compounds by substitution of ligands
- Performed chemical reactions of platinum(II) compounds with specific amino acids
- Monitored reactions and verified products using Nuclear Magnetic Resonance (NMR) Spectroscopy
- Investigated the effect of ligand bulk on performed reactions
- Calculated rate constants for observed reactions
- Published a thesis and an article in *Inorganica Chemica Acta*

**Chemistry Research Intern** June 2012 – Aug 2012
*Western Washington University, Bellingham, WA*
National Science Foundation Research Experience for Undergraduates (NSF-REU)
- Trained under lab supervisor and other lab members to learn necessary techniques and reactions
- Synthesized various flexible copolymer films to be tested for use as potential implants
- Tested and compared copolymers to find one which allowed retention of conductivity
- Characterized copolymers using various instrumentation and methods

**PUBLICATIONS**
- Sandlin, R., Whelan, C., Bradley, M., & Williams, K. (2012). Effects of amine ligand bulk and hydrogen bonding on the rate of reaction of platinum(II) diamine complexes with key nucleotide and amino acid residues. *Inorganica Chemica Acta*, *391*, 135-140. doi:10.1016/j.ica.2012.05.008
- Whelan, C. J. (2014). Reaction Rates of Amino Acids with Derivatives of the Anticancer Drug Cisplatin. *Honors College Capstone Experience/Thesis Projects.* Paper 523. http://digitalcommons.wku.edu/stu_hon_theses/523
- Whelan, C. J., Sammons, J., McManus, B., & Fenger, T. W. (2018). Retrieval of Infotainment System Artifacts from Vehicles Using iVe. *Journal of Applied Digital Evidence, 1*(1). Retrieved from http://mds.marshall.edu/jade/vol1/iss1/2

## TRAINING

- "GC/MS Analysis Using Automated Retention Index and Library Search", *Cerno Bioscience* — June 2022
- "Novel Psychoactive Substance Naming Conventions & Challenges", *Forensic Technology Center of Excellence* — Jan 2022
- "Preemptive Approach to Combatting and Characterizing Emerging Synthetic Opioids", *Forensic Technology Center of Excellence* — Dec 2021
- "Reliable Quantification of THC in Chocolate and Identifying Fentanyl Analogs and Illicit Drugs using MassHunter", *The Center for Forensic Science Research & Education* — Dec 2021
- "Structural Characterization of Emerging Synthetic Drugs by Mass Spectrometry", *Forensic Technology Center of Excellence* — Dec 2021
- "Intact Low Explosives Analysis with an Emphasis on Microscopical Methods", *Forensic Technology Center of Excellence* — July 2020
- "Drug Exposures in the Forensic Laboratory: What We Know, What We Can Learn," *Forensic Technology Center of Excellence* — Jun 2020
- "Marijuana Analysis in a New Frontier: Two State Laboratory Approaches," *Forensic Technology Center of Excellence* — Mar 2020
- "Forensic Drug Chemistry," *Drug Enforcement Administration* — Mar 2020
- "Marijuana or Hemp: From Farm Bill to Forensic Analysis," *Forensic Technology Center of Excellence* — Jan 2020
- "Fire Debris is Not Black Magic!," *Forensic Technology Center of Excellence* — Feb 2019
- "Important Parameters for Optimizing GC Methods", *Agilent* — Oct 2018
- "Maintaining/Optimizing Your Agilent GC's Split/Splitless Injection Port", *Agilent* — Oct 2018
- "Troubleshooting: Techniques, Tips, and Tricks", *Agilent* — Oct 2018
- "Basic Fire Debris Training for the Forensic Chemist," *ATF* — July 2018
- "Mass Spectrometry Applications in the Forensic Sciences," *Waters Corporation* — May 2018
- Fire Debris Training Program, *Kansas Bureau of Investigation* — Mar 2018 – Oct 2018
- "Installation Care and Maintenance of Capillary GC Columns," *Agilent Technologies* — Jan 2018
- "Habits for a Healthy GC: Insider Tips," *Separation Science in association with Agilent Technologies* — Jan 2018
- "KBI Forensic Training," Drug Identification using LC, *Waters Corporation* — Dec 2017
- Drug Identification Training Program, *Sedgwick County Regional Forensic Science Center* — Nov 2017 – Feb 2018

## MEMBERSHIPS & AFFILIATIONS

- Member, American Chemical Society
- Associate Member, American Academy of Forensic Sciences

## ADDITIONAL COMPETENCIES & SKILLS

- Training and experience in Blood Alcohol Analysis (BAC) via Headspace GC-FID
- Training and experience in ELISA drug screening of biological samples
- Involvement in annual internal audits in compliance with ISO 17025 Accreditation

**HONORS & AWARDS**
- Marshall University Forensic Science Program Recognition for Academic Excellence
- Marshall University Forensic Science Program Comprehensive Examination Achievement Award
- Western Kentucky University Outstanding Chemistry Major (2015)
- Western Kentucky University Faculty-Undergraduate Student Engagement (FUSE) Grant Recipient
- Western Kentucky University Honors College Graduate
- "Pass – Honors with Distinction" on Thesis Defense
- Western Kentucky University President's Scholar