**CURRICULUM VITAE**



### *Aaron Chaffee*
*Special Agent*

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
Kansas City Field Division
Wichita Field Office
301 North Main, Suite 225
Wichita, Kansas 67202
Office: (316) 269-6229
Email: aaron.chaffee@atf.gov

---

**EDUCATION:**

---

2003        **Bachelor of Liberal Arts and Science,** Criminal Justice
Wichita State University, Wichita, Kansas

---

**PROFESSIONAL EXPERIENCE:**

---

**01/2015 to Present:** *Special Agent*
       Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
       Kansas City Field Division/Wichita Field Office
       Wichita, Kansas

**Duties:**
 -Conduct investigations of violations of Federal firearms laws, arson, explosives, controlled substance with an emphasis on relations of the aforementioned to violent crime.
-Works with United States Attorney's Office and state prosecutors during investigations.
-Lead case agent on several drug/firearms investigations which utilized confidential informants (CI's) and/or undercover (UC's) law enforcement personnel. These included investigations into individuals and/or organized groups of individuals distributing drugs in Kansas as well as investigations into individuals and/or groups trafficking drugs and firearms throughout the country. In support of these investigations, I have conducted numerous interviews/debriefs with cooperating defendants, gang members, suspects, witnesses, CI's and UC's into how the drug and firearm businesses operates.
-Lead case agent on complex, larger scale investigations, into trafficking drugs locally and throughout the country, firearm trafficking, gang activity and its relation to violent crime.
-Assisted Wichita Police Department (WPD) Narcotics officers, WPD Gang Unit, DEA, Sedgwick County Sheriff's Narcotics deputies, FBI, and surrounding agencies with investigations into the distribution of controlled substances and associated violent crime.
-Interviewed numerous witnesses, cooperating individuals, and arrestees in relation to controlled substances, violent crime investigations, and gang membership.
-Developed and managed confidential informants in relation to controlled substance, violent crime investigations, and gang activity.
-Utilized various types of investigative equipment, including but not limited to, recorders, transmitters, cameras, and tracking devices to assist in the aforementioned investigations.
-Utilized various law enforcement databases to collect, disseminate, and receive investigative information in relation to controlled substance and violent crime investigations.
-Reviewed hundreds of thousands of electronic communications and social media conversations of individuals regarding use and/or distribution of controlled substances and its relation to violent crime.
-Authored affidavits in support of drug/firearm seizures, residential search warrants, cellular telephones search warrants, social media search warrants, and financial search warrants.

-Prepared operational plans for use during arrest, search warrants, and undercover operations in relation to controlled substances and violent crime investigations.
-Executed arrest warrants and search warrants.
-Arrested individuals for violating Federal laws.
-Collected, secured, and disposed of evidence and seized property in relation to controlled substances and violent crime investigations.
-Testified in grand jury and court proceedings regarding drugs, firearms, violent crimes, gangs and the how electronic communications, including social media, aide these investigations.
-Acted as the Group Supervisor or Resident Agent in Charge in the absence of the GS/RAC at various times.
-Provides training to law enforcement on federal firearms, controlled substances, violent/gang investigations, and social media investigations.


**07/2005 – 01/2015,** *Patrol Officer, SCAT Officer, Gang Intelligence Officer*
                        Wichita Police Department
                        Wichita, Kansas

**Duties:**
***Assigned to a Gang and Violent Crime Task Force as a Gang Intel Officer with the Wichita Police Department and the FBI (10/2013 to 7/2014)***. The purpose of the task force is to do large scale investigations and try to develop federal or state charges against gang leadership, gang organizations, or target the most violent gang members.

***Assigned to the Gang Unit as a Gang Intelligence Officer (12/2011 to 1/2015)***
-As a Gang Intelligence Officer, was required to maintain a database of documented gang members by collecting and documenting information that is received through, confidential informants, gang enforcement, surveillance, field interviews, criminal interviews as well several other investigative tools. Monitor individual gang member activity to identify if they meet the Kansas State Statute Gang Criteria, K.S.A. 21-6313.
-Provided hundreds of hours of gang training to local, state, federal law enforcement as well as community groups.
-Assist in major homicide investigations, all gang homicides, as well as all gang related investigations.
-Keep in constant contact with local, state and federal judicial agencies to monitor gang members who have committed crimes, been convicted of crimes, and have been sentenced for committing these crimes.
- Developed and managed confidential informants in relation to controlled substance, violent crime investigations, and gang activity.
-Reviewed hundreds of thousands of electronic communications and social media content relating to selling and using controlled substances, gang content and violent crime.
-Testified in Federal Grand Juries, District Court, and Municipal Court.

***Member of SCAT (Special Community Action Team) (6/2009 to 12/2011)***
-SCAT's primary focus is working street level drugs and violent crime investigations.
-Conduct investigations into hundreds of street level drug complaints, gang activity, and violent crime.
- Developed and managed confidential informants in relation to controlled substance, violent crime investigations, and gang activity.
-Typed, applied, and executed numerous drug search warrants. Assisted additional SCAT teams in hundreds of drug related search warrants investigations.
-Assisted, including but not limited to, WPD Narcotics, WPD Gang Unit, and DEA with investigations into controlled substances.

***Conduct preliminary criminal investigations as a patrol officer assigned to a sector. (7/2005 to 6/2009)***.
-Affect arrests of felons and misdemeanants for local, county, and state crimes.
-Interview/Interrogate thousands suspects, victims, and witnesses to crimes.
-Participate as a member of the Wichita Police Department Community Policing Initiative.
-Enforce city traffic ordinances.
-Conduct proper searches and seizures pursuant to probable cause that a crime has been committed.
-Collect and submit evidence after securing a crime scene.

-Completing paperwork related to police operations.

**PROFESSIONAL TRAINING RECEIVED:**

*Criminal Investigation and Gang Related Training Received*

| | |
|---|---|
| 2022 | Kansas Gang Investigators Association Conference (24 Hours) |
| 2021 | Kansas Gang Investigators Association Conference (8 Hours) |
| 2021 | Kansas Narcotics Officer Association Conference (24 Hours) |
| 2020 | Kansas Gang Investigators Association Conference (24 Hours) |
| 2019 | Kansas Narcotics Officers Association Conference (24 Hours) |
| 2018 | Outlaw Motorcycle Gangs, Kansas Update (4 Hours). |
| 2018 | Kansas Gang Investigators Conference (24 Hours). |
| 2017 | Advanced Investigative Techniques, Complex Case Investigations, ATF (40 Hours). |
| 2017 | Kansas Gang Investigators Association Conference (24 Hours). |
| 2016 | Kansas Gang Investigators Association Conference (24 Hours). |
| 2015 | Special Agent Basic Training (SABT-ATF) graduate, Federal Law Enforcement Training Center (FLETC). |
| 2015 | Criminal Investigation Training Program (CITP-1811) graduate, Federal Law Enforcement Training Center (FLETC). |
| 2014 | Kansas Gang Investigators Association Conference (24 Hours) |
| 2013 | Title III Training, US Attorney's Office, (16 Hours) |
| 2013 | Topeka Violent Crime, Gangs, and Drugs Conference (24 Hours) |
| 2013 | Kansas Gang Investigators Association Conference (24 Hours) |
| 2012 | Kansas Gang Investigators Association Conference (24 Hours) |
| 2011 | Incident Response to Suicide Bombers Training (40 Hours) |
| 2011 | Kansas Gang Investigators Association Conference (24 Hours). |
| 2010 | Kansas Officer Down Training (8 Hours) |
| 2010 | White Supremacist in the Midwest (8 Hours) |
| 2010 | Interview and Interrogation (40 Hours) |
| 2010 | Midwest Law Enforcement Conference on Gangs and Drugs (24 Hours) |
| 2009 | Top Gun (Narcotics Investigations), Kansas Narcotics Officers Association (40 Hours) |
| 2009 | Midwest Law Enforcement Conference on Gangs and Drugs (40 Hours) |
| 2009 | Incident Response to Terrorist Bombs Training (40 Hours) |
| 2008 | Kansas Gang Investigators Conference (24 Hours) |
| 2005 | Sedgwick County Law Enforcement Training Academy (880 Hours) |
| 2005 to Present, | As a member of the WPD and ATF, I have conducted thousands of interviews of individuals (Witnesses, Suspects, CI's, Cooperating Defendants, Undercovers LEO, etc.) regarding drug and violent/gang related crimes and items used to facilitate these crimes, such as firearms, social media, and cellular telephones. |

**INSTRUCTOR EXPERIENCE:**

The following instructor assignments are highlights and not all-inclusive.  I have conducted training classes pertaining to gangs, drugs, and firearms issues, for federal, state, local police and fire personnel, private businesses, colleges and universities, school districts and other public entities.

| | |
|---|---|
| 2022 | Provided Training at the KGIA Annual Conference. Training included federal firearm laws, What is National Integrated Ballistic Information Network (NIBIN) and using NIBIN for gang investigations. 180 attendants (4 Hours) |
| 2022 | Provided Training at the Sedgwick County Sheriff Recruits. Training included federal firearm laws, investigative techniques, and gang trends.  18 attendants (2 Hours) |

2021    Provided Training at Kansas Law Enforcement Training Center, Kansas State Fire Marshal, CFI 80 Law Enforcement Course, Crime Scene Investigations. 40 attendants (4 hours)

2021    Provided Training at the WPD. Training included federal firearm laws, investigative techniques, and gang trends.  30 attendants (2 Hours)

2021    Provided Training at the WPD. Training included federal firearm laws, investigative techniques, and gang trends.  20 attendants (2 Hours)

2020    Provided Training at the WPD. Training included federal firearm laws, investigative techniques, and gang trends.  50 attendants (2 Hours)

2020    Provided Training at the KGIA Annual Conference. Training included federal firearm laws, social media techniques/investigations, and gang trends. 130 attendants (6 Hours)

2019    Provided Training at the WPD and SCSO recruits. Training included federal firearm laws, investigative techniques, and gang trends.  30 attendants (2 Hours)

2019    Provided Training at the WPD and SCSO recruits. Training included federal firearm laws, investigative techniques, and gang trends.  30 attendants (2 Hours)

2018    Provided Training at the WPD and SCSO recruits. Training included federal firearm laws, investigative techniques, and gang trends.  30 attendants (2 Hours)

2018    Provided Training at the WPD and SCSO recruits. Training included federal firearm laws, investigative techniques, and gang trends.  30 attendants (2 Hours)

2017    Provided Training at the WSU/KGIA Gang Investigation and Update Training. Training included federal firearm laws, investigative techniques, and gang trends.  100 attendants (3 Hours)

2014    Provided Training to Sedgwick County Corrections Residential employees. Training included gang identification, statistics, and current trends. 20 attendants (3 Hours)

2014    Provided Training to Sedgwick County Juvenile Detention Facility. Training included gang identification, statistics, and current trends. 35 attendants (3 Hours)

2013    Provided training to Sedgwick County JFS/Community Corrections about gang history, local gang statistics, recent trends, and gang identification (3 Hours)

2013    Provided a presentation about "organization of gangs" to a Criminal Justice course at Newman University (3 Hours)

2013    Provided Training to the staff at Club Rodeo. Training included statistics, musical influences on gangs, and gang identification. 15 attendants. (3 Hours)

2013    Provided Training for Kansas Highway Patrol Recruits. Training included gang statistics, identification, and current trends. 15 attendants. (3 Horus)

2013    Provided Training for Sedgwick County Community Corrections. Training included gang statistics, identification, and current trends. 8 attendants. (3 Hours)

2013    Provided Training for Wichita Police Department Recruits. Training included, statistics, identification, current trends, Gang Statute, and WPD procedures on dealing with gang crime. 37 attendants. (4 Hours)

2013    Provided Training for Wichita State University Criminal Justice class. Training included gang statistics and the causation of gang or gang related crime. 25 attendants. (4 Hours)

2013    Provided a gang training session for law enforcement through the Regional Community Policing Institute with WSU. 45 attendants. (8 Hours)

2013    Training for Kansas Department of Corrections Parole Officers. Training included gang statistics, identification, and current trends. 50 attendants. (3 Hours)

2013    Sedgwick County Juvenile Field Services. Training included gang statistics, identification, and current t rends. 20 attendants. (3 Hours)

2013    Provided gang training session for law enforcement through the Regional Community Policing Institute with WSU. 45 attendants. (8 Hours)

2013    Training for Marshall Middle School. Training included gang statistics, identification, and current trends. 40 attendants. (3 Hours)

2013    Training for Sedgwick County Community Corrections. Training included current gang trends and identification. 10 attendants. (3 Hours)

2013    Training for Community in Schools. Training included gang statistics, current trends, and identification. 25 attendants. (3 Hours)

2013    Training for Sedgwick County Day Reporting Center. Training included gang history, local history, statistics, and identification. 10 attendants. (3 Hours)

2012   Training for City of Wichita Adult Probation. Training included local gang history, statistics, and identification. 30 attendants. (3 Hours)

2012   Training for Preferred Family Health Care-Substance Abuse. Training included gang statistics and identification. 20 attendants. (2 Hours)

2012   Training for Kansas Highway Patrol Troopers recruit class. Training included gang local history, statistics, and identification. 20 attendants. (3 Hours)

2012   Training for Gang Awareness and Prevention Efforts in Wichita. Training included gang local history, statistics, and identification. 200 attendants. (3 Hours)

2012   Training for Sedgwick County Juvenile Field Services. Training included identification, gangs/media, and Juggalos. 60 attendants. (3 Hours)

2012   Training for South High Teachers and Administration at South High. Training included current gang trends and identification. 150 attendants. (2 Hours)

2012   Training for USD 259 Security at USD 259 Facility. Training included current gang trends and identification. 8 attendants. (2 Hours)

2012   Training for Mid American Regional Crime Analysis Network in Overland Park, KC. Training included national and local gang trends. 50 attendants (4 Hours)

2012   Training for LEO personnel at WSU Metroplex. Training included current gang trends and history, Gangs and Media, and Juggalos. 80 attendants (20 Hours)

2012   Presentation to McConnell Air Force OSI and Security Force. 15 attendants, about local gang Trends (2 Hours)

2012   Presentation to Butler County Community College Criminal Justice class, approx. 15 students, about local gang trends. (4 Hours)

## Expert Testimony

2022   ViCAR Trial (United States District Court, Southern District of Iowa, 4:21-CR-075, US Vs. Raekwon Malik Patton, et al.), provided testimony on national and neighborhood gangs culture, current trends, and differences between the two. How social media has influenced gangs, how social media is used to conduct gang business, and how social media is used to conduct drug business. How firearms are used with gangs and how firearms used are by drug dealers.

2022   RICO Trial (18th Judicial District, Sedgwick County Kansas, Court, 19CR1872, State of Kansas Vs, Erik DIXON, et al.), provided testimony on national and local gangs culture (Respect, Revenge and Reputation) and differences between the two. How social media has influenced gangs, how social media/cellular telephones are used to conduct gang business, used to aide in communication about committing violent acts, and how social media is used to conduct drug business. How firearms are used with gangs and how firearms used are by drug dealers.

## SPECIAL PROJECTS AND ASSIGNMENTS

| | |
|---|---|
| WPD and FBI Gang & Violent Crime Task Force | Wichita, KS (2013-2014) |
| ESF-13, Hurricane Harvey | Houston, Texas (2017) |
| Crime Gun Intelligence Center (CGIC) | Wichita, KS (2019 to present) |
| ATF Violent Crime Coordinator | District of Kansas (2020 to 2022) |
| South Central Kansas Arson Strike Force | SE Kansas (2021 to Present) |

## PROFESSIONAL ORGANIZATIONS

Midwest Criminal Justice Institute, Gang Consultant, 2012-2015.
Kansas Regional Community Policing Institute, Gang Consultant, 2012-2015.
Kansas Gang Investigators Association member (KGIA), 2008-Present.
Kansas Gang Investigators Association (KGIA), board member, 2017-Present.
Kansas Narcotics Officers Association (KNOA), 2019-Present.

Federal Law Enforcement Officers Association, 2015-Present.
South Central Kansas Arson Strike Force, 2021-Present.
International Association of Arson Investigators (IAAI), 2021-Present.
International Association of Arson Investigators-KS Chapter, 2021-Present.

## Accommodations and Awards

Received 11 Commendatory Performance Reports, Wichita Police Department, 2005-2015.

Officer of The Month, Wichita Police Department, January 2009.

Wichita Police Department Nominated Officer of The Year, 2009.

Wichita Police Department Bronze Wreath of Merit, September 2009 *(For organizing soccer games and free soccer camps for area at-risk youth)*

Officer of The Month, Wichita Police Department, March 2010.

Named to Wichita Business Journal's "Top 40 Business Professionals Under the Age of 40" in Wichita, KS. May 2010.

Wichita Police Department Nominated Officer of The Year, 2010.

Wichita Police Department Certificate of Commendation Award, June 2012 *(For investigation/prosecution of gang related drive-by)*

Wichita Police Department Certificate of Commendation Award, August 2012 *(For locating wanted gang member who was suspect in drug robbery, double murder investigation).*

Wichita Police Department, Silver Wreath of Valor, the Wichita Police Departments second highest award, August 2012 *(For lawful actions taken while witnessing an active shooter situation).*

Wichita Police Department Certification of Commendation Award, August 2013 *(For locating wanted gang member who was suspect in gang related murder investigation).*

(ATF) Ariel Rios Leadership Award, recipient, Special Agent Basic Training, July 2015.

Wichita Police Department Bronze Wreath of Merit, July 2019 *(Received for historical and proactive RICO investigation/prosecution of local Crip gang in partnership with the WPD).*

Awarded an ATF individual performance award related to complex case work performed during the 2019 fiscal year.

Wichita Police Department Bronze Wreath of Merit, February 2020 *(Received for a large-scale proactive investigation/prosecution, in partnership with WPD, of local individuals involved violence that are using social media to sell drugs and guns).*

Awarded an ATF individual performance award related to overall work performance during the 2020 fiscal year.

Wichita Police Department Bronze Wreath of Merit, February 2021 *(Received for proactive investigation with WPD that resulted in the arrest, charging, and prosecution of individual tied to several NIBIN/CGIC shooting alerts).*

Awarded an ATF individual performance award related to overall work performance during the 2021 fiscal year.

Wichita Police Department Bronze Wreath of Merit, July 2022 *(Received after completing an investigation with the WPD and Wichita Fire Department into an individual who was responsible for numerous fires in the City of Wichita. SA Chaffee worked with these agencies, as well as the Sedgwick County District Attorney's Office, with the initial fire investigation and conducted follow-up on the other fire investigations, that resulted in the individual being charged with several felonies and numerous arsons).*