IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  22-cr-10053-10-EFM |
| ) | |
| TEVIN TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT TEVIN TAYLOR'S MOTION TO EXCLUDE EVIDENCE OF GUILTY PLEAS BY NON-TESTIFYING CO-DEFENDANTS**

COMES NOW the defendant, Tevin Taylor, by and through his attorney, Paul S. McCausland, and moves the Court for an order excluding evidence or reference to a co-defendant's guilty plea during voir dire, opening statement or at any other stage of the trial until and unless that co-defendant testifies in this case.  In support of his motion, defendant Taylor shows the Court:

A co-defendant's guilty plea may not be used as substantive evidence of a defendant's guilt.  *United States v. Whitney*, 229 F.3d 1296, 1304 (10th Cir. 2000).  Any reference to or evidence of the plea of a co-defendant is irrelevant unless and until the co-defendant actually testifies at trial; however, either party may elicit testimony from a co-defendant regarding a guilty plea for purposes of impeachment or discrediting the witness. *Id.*  Further, evidence of a co-defendant's guilty plea may be used to establish "the witness's claim to firsthand knowledge based on his or her admitted participation." *United States v. Davis*, 766 F.2d 1452, 1456 (10th Cir. 1985). These rules apply to guilty pleas of co-conspirators as well. *See United States v. Austin*, 786

F.2d 986, 991 (10th Cir. 1986).

Defendant Taylor is aware that at least one co-defendant, Lutoya Ricks, has entered a guilty plea in this case. (Doc. 154-156). Other co-defendants may enter a change of plea before trial. It is anticipated by defendant Taylor that one or more of these co-defendants may testify at trial. Until they testify, the fact of their guilty pleas is inadmissible for any purpose.

Wherefore, defendant Tevin Taylor prays that the Court enter an order *in limine* excluding any reference to a co-defendant's guilty plea during voir dire, opening statement or at any other stage of the trial until and unless that codefendant testifies in this case.

> Respectfully submitted,
> LAW OFFICE OF PAUL S. MCCAUSLAND
> Omni Business Center
> 111 S. Whittier
> Wichita, Kansas  67207-1045
> Telephone:   (316) 689-4235
> Facsimile:    (316) 689-4299
> mccauslaw@gmail.com
>
> By: s/ Paul S. McCausland
> Paul S. McCausland, KS # 08878
> Attorney for Tevin Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> s/ Paul S. McCausland
> Paul S. McCausland, KS #08878