IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  22-cr-10053-10-EFM |
| ) | |
| TEVIN TAYLOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S MOTION IN LIMINE REGARDING THE
GOVERNMENT USE OF A SUMMARY WITNESS OR SLIDE SHOW**

The defendant, Tevin Taylor, by and through his attorney Paul S. McCausland, moves this Court for an order precluding the government from offering an overview witness and related summaries of evidence and admission of "self-authenticating" records at the trial of this matter.

In support of his motion, the defendant shows the Court:

1. This case involves allegations of a drug conspiracy or conspiracies arising from a series of transactions involving the transportation and distribution of controlled substances in interstate commerce.

2. The alleged conspiracy or conspiracies occurred from at least sometime in June of 2019, the exact date being unknown to the Grand Jury, through and including June 29, 2022, within the District of Kansas, and elsewhere.

3. Some of the transactions are documented. During the presentation to the Grand Jury on July 12, 2022, the government presented the testimony an agent of the Bureau of Alcohol Tobacco Firearms and Explosives.  It also presented a summary of the evidence, "Operation Extinguish", a 56-page slide show summarizing alleged conduct and participation of each of the defendants, including Tevin Taylor.

4. The defendant is concerned that the government may attempt to offer a government witness to provide a summary of the documents, evidence and events

alleging supporting the chrges in the Superseding Indictment.  This concern extends to "Operation Rescue".

5.  For the reasons set forth below, the admission of testimony of a summary witness and related summaries of evidence and admission of "self-authenticating" records should not be permitted in this case.

**Legal Argument and Authorities.**

The United States make seek to use "overview" testimony by one or more case agents from the Bureau of Alcohol Tobacco Firearms and Explosives, DEA, FBI or other federal agency.  Use of a summary witness is permitted in some complex cases.  *See United States v. Brooks*, 736 F.3d, 921 (2013).  As is apparent from the admissible facts, transactions, documents and evidence related to the counts in this case, use of a summary or overview witness is inappropriate in this case.

Overview testimony is a broad category of evidence typically offered to preview the government's case at the beginning of a trial. *Brooks*, 736 F.3d at 930. It occurs when a witness testifies before any evidence is admitted and provides a roadmap of the evidence to follow. *Id.* at 929-30.  *See also United States v. Griffin*, 324 F.3d 330, 349 (5th Cir. 2003); and *United States v. Casas*, 356 F.3d 104, 119 (1st Cir. 2004).  Courts generally allow overview testimony to the extent it concerns how an investigation began, the law enforcement agencies involved, or the investigative techniques used. *Brooks*, 736 F.3d at 930. *See also United States v. Flores-de-Jesus*, 569 F.3d 8, 19 (1st Cir. 2009) (noting that overview testimony should be limited to "constructing the sequence of events in the investigation").

The potential problems with overview testimony, particularly use of a slide show like "Operation Extinguish", is that it includes the government's ability (1) to spin evidence in its favor before it is admitted (assuming it is ever admitted), (2) to give its official imprimatur to certain evidence, and (3) to allow its law enforcement witnesses to testify on matters about which they have no personal knowledge or

that are based on hearsay. *Brooks*, 736 F.3d at 930.

WHEREFORE, the defendant Tevin Taylor respectfully prays the Court for an order excluding summary or overview testimony, including the use of "Operation Extinguish", from any phase of these proceedings.

>Respectfully submitted,
>
>LAW OFFICE OF PAUL S. MCCAUSLAND
>Omni Business Center
>111 S. Whittier
>Wichita, Kansas  67207-1045
>Telephone:   (316) 689-4235
>Facsimile:   (316) 689-4299
>mccauslaw@gmail.com
>
>By: s/ Paul S. McCausland
>Paul S. McCausland, KS # 08878
>Attorney for Tevin Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>s/ Paul S. McCausland
>Paul S. McCausland, KS #08878