# ATTACHMENT A

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 1 | D. GRIFFIN; Unindicted CC | 11/22/19 | **Social Media Convo:** D. GRIFFIN tells profile, "I got a strip club out there", "Strip54". (D. GRIFFIN says in his Miranda interview that L. RICKS had Strip54 in her name because he was felon. The liquor license was in L. RICKS name. T. HURD said her Miranda-ROI #59- interview that she couldn't get the club in her name because of being on probation.) | D. GRIFFIN's Facebook and profile "100043671104740" |
| 2 | D. GRIFFIN; Unindicted CC | 1/7/20 | **Social Media Convo:** D. GRIFFIN tells profile "I opened Strip54 in June we need dancers I just got my liquor licenses" (D. GRIFFIN says in his Miranda interview that L. RICKS had Strip54 in her name because he was felon. The liquor license was in L. RICKS name. T. HURD said her Miranda-ROI #59- interview that she couldn't get the club in her name because of being on probation.) | D. GRIFFIN's Facebook and profile "Breanna Ellsworth" |
| 3 | D. GRIFFIN; Unindicted CC | 3/8/20 | **Social Media Convo:** D. GRIFFIN tells profile, "I own a strip club in Liberal I'm looking for dancers". D. GRIFFIN tells profile, "I'm paying 500 a week for dancers". (D. GRIFFIN says in his Miranda interview that L. RICKS had Strip54 in her name because he was felon. The liquor license was in L. RICKS name. T. HURD said her Miranda-ROI #59- interview that she couldn't get the club in her name because of being on probation.) | D. GRIFFIN's Facebook and profile "Promise Eden" |
| 4 | D. GRIFFIN: Unindicted CC | 5/25/21 | **Text:** D. GRIFFIN tells "Annoyomus" that, "Dante on his way to tag my truck in his name". (Records show Donte Hopkins registered a Ford F150 on 5/17/21) | D. GRIFFIN's 12/1/21 iPhone "Annoyomus" (316) 749-5959 |
| 5 | D. GRIFFIN; T. TAYLOR | 6/1/21 | **Text:** Text between D. GRIFFIN and T. TAYLOR about money. D. GRIFFIN tells T. TAYLOR, "…you and your mom need to get on the same page…". T. TAYLOR tells D. GRIFFIN that he did everything that D. GRIFFIN asked him to do. D. GRIFFIN reiterates to T. TAYLOR, "You was supposed to tell her (TAYLOR's mom, Leigh) here goes this money, imma need to use your card so be ready when I ask you", "I had shit lined up in a timely manner", and "No my peoples tripping". (Leigh and Tevin both admitted to selling drugs for GRIFFIN during Miranda interviews, ROI #51-Leigh, and ROI #55-Tevin | D. GRIFFIN's 12/1/21 iPhone "Tevv" (316) 390-2483 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 6 | D. GRIFFIN; Unindicted CC | 6/2/21 | **Social Media Convo:** D. GRIFFIN tells profile that D. GRIFFIN was making 60000 a month "before they shut it down". D. GRIFFIN tells the profile that the club is in "Liberal I'm buying that building", "We putting food in there I got a crew down there renovating" (Records show Strip54 was closed during this time and wasn't reopened until D. ANTHONY opened it with her name in April 2022. During the conversation, D. GRIFFIN and D. ANTHONY didn't appear to work together) | D. GRIFFIN's Facebook and profile "Jennifer Monique" |
| 7 | D. GRIFFIN; Leigh TAYLOR | 6/4/21 | **Text:** D. GRIFFIN text Leigh TAYLOR the location, "Douglas and hillside" (stash house was at 2501 E. Douglas). Leigh TAYLOR responds, "K omw". | D. GRIFFIN's 12/1/21 iPhone "Tev M" (316) 519-6692 |
| 8 | D. GRIFFIN; D. HOPKINS | 8/26/21 | **Text:** D. GRIFFIN tells D. HOPKINS to "add the challenger to your insurance" and D. HOPKINS responded, "Ok", "I got it added". | D. GRIFFIN's 12/1/21 iPhone "Dante" (316) 351-2313 |
| 9 | D. GRIFFIN; T. TAYLOR | 9/11/21 | **Text:** GRIFFIN text T. TAYLOR about a "great flight deal" from Wichita to Phoenix. (Flight records confirm flight. T. TAYLOR Flies back on 9/23/21 via Denver) | T. TAYLOR's Phone D. GRIFFIN (316) 993-2023 |
| 10 | D. GRIFFIN; Unindicted CC | 9/24/21 | **Social Media Convo:** D. GRIFFIN tells the profile he has a club lined up and Airbnb's. The profile asks what D. GRIFFIN has to do to reopen and D. GRIFFIN says, "Find the right person name to put in" (D. GRIFFIN reaches out to D. ANTHONY for the very first time approx. 30 days after this conversation. D. GRIFFIN had Strip54 in L. RICKS name until it closed. During this conversation, Cabaret 54 had not opened until D. ANTHONY put it in her name in April 2022). | D. GRIFFIN's Instagram and profile "paydaythejewweler" |
| 11 | D. GRIFFIN: Unindicted CC | 10/6/21 | **Text:** "Miguel" and D. GRIFFIN have a limited text conversation about a location where D. GRIFFIN is leaving a car. (Review of flight records show D. GRIFFIN flying to Phoenix on 10/4/21 and playing back to Wichita on 10/6/21). T. TAYLOR advised in his Miranda interview (ROI #66), that "Miguel" is who he received drugs from to bring back to GRIFFIN and provides this contact # for "Miguel". | D. GRIFFIN's 12/1/21 AT&T phone Miguel (602) 800-9344 |
| 12 | D. GRIFFIN: T. HURD | 10/13/21 | **Text:** T. HURD text D. GRIFFIN, "I only took 2000 I didn't take any extras. I planned on giving you what I made off it tonight but you toooo disloyal." | D. GRIFFIN's 12/1/21 AT&T phone T. HURD (316) 755-5511 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 13 | D. GRIFFIN: T. TAYLOR | 10/21/21 | **Video:** T. TAYLOR records of video of him and D. GRIFFIN counting a large amount of cash on table. (Review of flight records show T. TAYLOR flew from Wichita to Phoenix on 10/21/21 and return to Wichita on 10/22/21). T. TAYLOR advised in his Miranda interview (ROI #66); this was money from GRIFFIN for drugs. | T. TAYLOR's Phone |
| 14 | D. GRIFFIN; D. HOPKINS | 10/26/21 | **Text:** D. GRIFFIN and D. HOPKINS are discussing how many cars and what is the insurance coverage on the cars. D. HOPKINS tells D. GIRFFIN, "…full coverage, 1000 deductible on your 3 500 on me and my dad cars 5 cars total on policy", "That's what the payments will be when I add the blue charger I can't add it until it's in my name the VIN plate is not registered to anyone it says". | D. GRIFFIN's 12/1/21 iPhone "Dante" (316) 351-2313 |
| 15 | D. GRIFFIN; Unindicted CC | 10/28/21 | **Social Media Convo:** D. GRIFFIN reaches out to D. ANTHONY's Facebook profile asking, "…why don't you come join the team ain't another nigga in the city fucking with me" followed by several photos of D. GRIFFIN showing off his cash, cars, dogs, and jewelry. D. ANTHONY responds with, "What I gotta do" and D. GRIFFIN says, "Loyalty". (At the time Strip 54 had already closed but D. GRIFFIN hadn't reopened Cabaret 54. Once Cabaret 54 opens, D. ANTHONY names are on all the licenses) | D. GRIFFINs Facebook and profile "Dalecia Anthony" |
| 16 | D. GRIFFIN; Unindicted CC | 11/7/21 | **Text:** Unindicted CC text D. GRIFFIN letting him know that T. TAYLOR was pulled over with the girls in the car. D. GRIFFIN asks if T. TAYLOR is ok and the unindicted CC responds, "naw they search the whole car…all the girls lied and said they don't know who was driving so they still got them here and me and Leigh come get them and havent let us leave yet." (T. TAYLOR ran from WPD during a traffic stop on 11/7/21. In the car, WPD located marijuana and a firearm) | D. GRIFFIN's 2/24/22 iPhone mini (316) 390-1735 |
| 17 | D. GRIFFIN; Unindicted CC | 11/16/21 | **Social Media Convo:** D. GRIFFIN tells profile he tried the profile. The profile responds, "No shit I left this phone at crib. Who got it the Mexican". D. GRIFFIN responds, "Tic". ("Mexican" can be drug slang for heroin. "Tic" is alias for R. ARMOUR) | D. GRIFFIN's Instagram and profile "paydaythejeweler" |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 18 | D. GRIFFIN; T. TAYLOR | 11/18/21 | **Video:** T. TAYLOR records of video of himself with large quantities of cash. (Review of flight records show T. TAYLOR flew from Wichita to Phoenix on 11/27/21 and return to Wichita on 11/27/21). T. TAYLOR advised in his Miranda interview (ROI #66); this was money from GRIFFIN for drugs. | T. TAYLOR's Phone |
| 19 | D. GRIFFIN; D. ANTHONY | 11/16/21 | **Social Media Convo:** During this conversation, D. GRIFFIN tells D. ANTHONY that he has a club in Liberal, asking her, "you aint saw my club". D. GRIFFIN tells D. ANTHONY that he "built it myself". D. ANTHONY says to D. GRIFFIN in response to him saying he has a club, "No I havent what club!! I'm coming to work". D. GRIFFIN adds, "Mine real stripclub". | D. GRIFFIN's Instagram and profile "Dalecia Anthony" |
| 20 | T. TAYLOR; Unindicted CC | 11/27/21 | **Text:** "Miguel" text with T. TAYLOR about "Miguel" picking T. TAYLOR up from the airport. T. TAYLOR advised in his Miranda interview (ROI #66), that "Miguel" is who he received drugs from to bring back to GRIFFIN and provides this contact # for "Miguel". | T. TAYLOR's Phone (602) 800-9344 |
| 21 | T. TAYLOR; Unindicted CC | 12/1/21 | **Text:** "Miguel" text T. TAYLOR asking, "Have you talked to whal ? He hasn't answered my boy all day everything Gucci". | T. TAYLOR's Phone Miguel (602) 800-9344 |
| 22 | T. TAYLOR; Unindicted CC | 12/3/21 | **Text:** "Miguel" provides a new phone # 480-799-1898 to T. TAYLOR for "boy". | T. TAYLOR's Phone (602) 800-9344 |
| 23 | D.GRIFFIN; Unindicted CC | 12/20/21 | **Text**: D. GRIFFIN text "Dayday" to get a flight from Wichita to Phoenix. D. GRIFFIN tells "Dayday" to get money from T. HURD to book flight. "Dayday" tells D. GRIFFIN that T. HURD said she already spent all her money. "Dayday" books a flight to Phoenix and then D. GRIFFIN provides "Dayday" Miguels phone number, "6028009344". "Dayday" text D. GRIFFIN on 12/21/21, "here". (T. TAYLOR advised in his Miranda interview (ROI #66), that "Miguel" is who he received drugs from to bring back to GRIFFIN and provides this contact # for "Miguel".) | D. GRIFFIN's 2/24/22 iPhone mini "Dayday" (316)727-1304 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 24 | D. GRIFFIN; D. ANTHONY | 12/29/21 | **Text:** D. GRIFFIN sends a photograph copy of D. HOPKINS pay stub to D. ANTHONY. D. ANTHONY asks D. GRIFFIN, "Can I just make him a pay stub for spirit ?? I got one saved on my computer I can redo cause I need this one as a pdf sent to redo it". D. GRIFFIN sends another photograph copy of D. HOPKINS pay stub, followed by all of D. HOPKINS personal information. D. ANTHONY tells D. GRIFFIN, "Okay, I'm gonna get it together tonight and apply for it later" | D. GRIFFIN's 2/24/22 iPhone mini "Baby D" (620) 419-5671 |
| 25 | D. GRIFFIN; T. HURD | 12/31/21 | **TEXT:** D. GRIFFIN text T. HURD, "Just saw tubs", "Where my heater". T. HURD responds, "Ida" and D. GRIFFIN says, "Make it available". T. HURD follows it up with, "Go get it", "Why would you text that", "but whatever". (T. HURD's Aunt lives at 1119 S. Ida. D. GRIFFIN has issues ever since "Tubs" shot D. GRIFFIN in May 2021) | D. GRIFFIN's 2/24/22 iPhone mini "Honey" (316) 755-5511 |
| 26 | D. GRIFFIN; T. HURD | 12/31/21 | **Text:** T. TAYLOR is asking D. GRIFFIN about the $15,000 that D. GRIFFIN promised T. TAYLOR. D. GRIFFIN tells T. TAYLOR, "I put you on", "you don't make no moves or come up with them". D. GRIFFIN tells T. TAYLOR, he gave him $10,000 already and that T. TAYLOR owes "Jessie" $10,000. T. TAYLOR responds, "I don't owe 10 for the 6 ps". D. GRIFFIN tells T. TAYLOR, "I don't owe you shit I was looking out for you". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | D. GRIFFIN's 2/24/22 iPhone mini "Tevv" (316) 390-2483 |
| 27 | T. TAYLOR; Unindicted CC | 1/4/22 | **Text:** "Jesse" reaches out to T. TAYLOR about purchasing $400 / "qutie" (1/4 pound) of marijuana. Arrangements are made to meet up and complete deal. "Jesse" is on the D. GRIFFIN drug ledgers. | T. TAYLOR's Phone "Mr. Indeed" (316) 365-2362 |
| 28 | D. GRIFFIN; D. ANTHONY | 1/6/22 | **Text:** D. ANTHONY sends D. GRIFFIN a text letting him know she made it to her surgery. She thanks D. GRIFFIN for everything, followed by "2022 our year" and a photo. D. ANTHONY surgery is for a breast augmentation. (Future text D. ANTHONY references D. GRIFFIN paying for this) | D. GRIFFIN's 2/24/22 iPhone mini "Baby D" (620) 419-5671 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 29 | T. TAYLOR; Unindicted CC | 1/8/22 | **Text:** "Jb" is discussing buying "two packs" from T. TAYLOR for $2 per pill. Arrangements are made to purchase a one pack (1,000 pills). (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone "Jb" (316) 550-3602 |
| 30 | D. GRIFFIN; Unindicted CC | 1/9/22 | **Social Media Convo:** D. GRIFFIN sends message, "Liberal", "I got one a fully nude joint" (Records show in April 2022 D. ANTHONY represents herself to Kansas Liquor License as being the 100% owner) | D. GRIFFIN's Facebook and profile "Black Rice" |
| 31 | D. GRIFFIN; D. ANTHONY | 1/11/22 | **Text:** D. GRIFFIN and D. ANTHONY discuss D. ANTHONY getting a tattoo on herself for D. GRIFFIN. D. GRIFFIN tells D. ANTHONY to put it on her neck. (D. ANTHONY did get a tattoo for D. GRIFFIN on her neck) | D. GRIFFIN's 2/24/22 iPhone mini "Baby D" (620) 419-5671 |
| 32 | T. TAYLOR; Unindicted CC | 1/12/22 | **Text:** "Jb" checks in with T. TAYLOR about pills. T. TAYLOR tells "Jb" he is "waiting on dude to call_might have to get 'em". T. TAYLOR asks "Jb" if he wants to go to "Az" with T. TAYLOR. T. TAYLOR tells "Jb" he will give him the pills at his price, $2. (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone "Jb" (316) 550-3602 |
| 33 | D. GRIFFIN; D. ANTHONY | 1/17/22 | **Text:** D. GRIFFIN text D. ANTHONY telling her to "insure my truck in your name" and "I'm putting it in your name". D. ANTHONY responds, "K I will" (D. GRIFFIN's Durango was registered to D. ANTHONY on 2/23/22). | D. GRIFFIN's 2/24/22 iPhone mini "Baby D" (620) 419-5671 |
| 34 | T. TAYLOR; Unindicted CC | 1/26/22 | **Text:** "Ckam" and T. TAYLOR are involved in a text conversation when "Ckam" text T. TAYLOR, "Just call me i got money for u and need more bluesss". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone "Ckam" (316) 416-5606 |
| 35 | D. GRIFFIN; T. HURD | 2/4/222 | **Text:** D. GRIFFIN ask T. HURD is she paid the rent for the club and T. HURD tells him she forgot. T. HURD confirms with D. GRIFFIN that her and her mom have the bank account number. T. HURD tells D. GRIFFIN that she will give the "3" to "Donnie" and have him do it in the morning. (D. GRIFFIN owns a club in Liberal and D. GRIFFIN would have others, including his mom, make $3000 dollar payments) | D. GRIFFIN's 2/24/22 iPhone Pro T. HURD (316) 755-5996 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 36 | T. TAYLOR; Unindicted CC | 2/8/22 | **Text:** "Ckam" text T. TAYLOR asking, "U got blues" and T. TAYLOR responds asking how many, and "Ckam" says, "100". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone "Ckam" (316) 416-5606 |
| 37 | D. GRIFFIN; D. HOPKINS | 2/14/22 | **Text:** D. GRIFFIN is asking D. HOPIKNS if he made it to the tag office. D. HOPKINS explains he needs the inspection paperwork since the car was purchased out of state. D. GRIFFIN then ask D. HOPKINS to take D. GRIFFIN car to get inspected. | D. GRIFFIN's 2/24/22 iPhone Pro D. HOPKINS (316) 351-2313 |
| 38 | D. GRIFFIN; Unindicted CC | 2/15/22 | **Social Media Convo:** D. GRIFFIN text unknown person, "Aye can you tell tic to call me", "It's important". (R. ARMOUR is "tic" and "tic" is on D. GRIFFIN 2/24/22 iPhone mini drug ledger, "Tic 75000") | D. GRIFFIN's Facebook "Kabrelle Anderson" |
| 39 | D. GRIFFIN; D. ANTHONY | 2/23/22 | **Text:** D. GRIFFIN and D. ANTHONY are having conversation about getting cars registered. D. ANTHONY tells D. GRIFFIN the "Benz needs inspection" and D. GRIFFIN responds, "Yep" and D. ANTHONY say, "K Durango good". D. ANTHONY then asks D. GRIFFIN, "U took the weed" and D. GRIFFIN responds, "Yep". (Records shows the Durango and Mercedes are registered to D. ANTHONY) | D. GRIFFIN's 2/24/22 iPhone Pro D. ANTHONY (620) 419-5671 |
| 40 | D. GRIFFIN; D. ANTHONY | 2/24/22 | **Text:** D. ANTHONY asks D. GRIFFIN, "And do you want me to just try to make a bill of sale or the Mexs got it". This conversation is about registering cars for D. GRIFFIN. (D. ANTHONY asks this again in a separate to text to D. GRIFFIN in his other phone) | D. GRIFFIN's 2/24/22 iPhone Pro D. ANTHONY (620) 419-5671 |
| 41 | D. GRIFFIN; D. ANTHONY | 2/24/22 | **Text:** D. GRIFFIN sends a photograph of the 2015 Jeep SRT title to D. ANTHONY. The title has D. HOPKINS name on it. D. ANTHONY tells D. GRIFFIN that the "Benz tagged", followed by, "Dante needs bill of sale she said if it don't have a stamp it will have there logo or name already on the top of the bill of sale I can try to make one ??" (Records show Jeep was purchased 2/28/22 in Arizona, registered to D. HOPKINS. Records show D. ANTHONY registered the 2016 Mercedes on 2/24/22). | D. GRIFFIN's 2/24/22 iPhone mini "Baby D" (620) 419-5671 |
| 42 | V. NUNEZ; B. TAYLOR | 3/4/22 | **Text:** B. TAYLOR text V. NUNEZ, "1357 n Belmont". (This is address is reference by V. NUNEZ on 3/28/22 during a traffic stop where WPD seized fentanyl pills). | V. NUNEZ Moto One 5G and B. TAYLOR (405) 850-3355 |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 43 | V. NUNEZ; B. TAYLOR | 3/10/22 | **Text:** B. TAYLOR text V. NUNEZ, "send me info to send the bread". V. NUNEZ provides a name and phone # (The same name is provided on 3/22/22 on Cashapp from V. NUNEZ to B. TAYLOR for payment) | V. NUNEZ Moto G Power and B. TAYLOR (405) 850-3355 |
| 44 | V. NUNEZ; B. TAYLOR | 3/21/22 | **Text:** V. NUNEZ text B. TAYLOR, "Watt up", "Yo what happened". B. TAYLOR responds, "Man bro dude didn't like those so I had to take him his money back I was dealing with all that yesterday so I just been getting them off individually I should have enough to send tomorrow". V. NUNEZ inquires why they didn't like the drugs and sends B. TAYLOR V. NUNEZ "girls" Cashapp. (Appears V. NUNEZ was asking about status of money from B. TAYLOR tells V. NUNEZ that some of the drugs were not good and he had to sell them himself and he should be able to provide money to V. NUNEZ tomorrow) | V. NUNEZ Moto G Power and B. TAYLOR (405) 850-3355 |
| 45 | V. NUNEZ; B. TAYLOR | 3/28/22 | **Text:** B. TAYLOR tells V. NUNEZ that he going to head to meet V. NUNEZ. V. NUNEZ responds, "Ok I'm ready". (V. NUNEZ never makes to the meet because he is stopped by WPD and has fentanyl pills. V. NUNEZ provides the address 1357 N. Belmont as where he was coming from. Calls logs show B. TAYLOR reached several times after the V. NUNEZ car stop) | V. NUNEZ Moto G Power and B. TAYLOR (405) 850-3355 |
| 46 | D. GRIFFIN; D. ANTHONY | 4/10/22 | **Text:** D. ANTHONY sends a screen shot of people who have sent money to D. GRIFFIN. D. GRIFFIN text D. ANTHONY and tells her to send money, "Send that five to Tevin". D. ANTHONY tells D. GRIFFIN that, "I just sent it". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 47 | D. GRIFFIN; D. ANTHONY | 4/21/22 | **Text:** D. GRIFFIN sends D. ANTHONY and pdf document on what to do to get a Kansas Liquor Licenses and then sends a list of things that need to be done at the club, followed by video of progress of the work in the Cabaret54. (Records show D. ANTHONY application was accepted by the state on April 27, 2022). | D. ANTHONY's 6/29/22 and D. GRIFFIN |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 48 | D. GRIFFIN; D. ANTHONY | 4/22/22 | **Text:** D. GRIFFIN sends D. ANTHONY telephone contacts for Standard Beverage, Bud light, Pepsi. The conversation continues as they're having an argument, D. GRIFFIN text, "Im thinking about right now my use for you is over with", "Ill pay you for your services and you get the fuck on". The argument continues, D. ANTHONY tells D. GRIFFIN, "u can't mix business and pleasure…I'm not trying to sabotage anything u have going on I told you can leave whatever in my name I'm not that type of person I have a good heart". D.GRIFFIN tells D. ANTHONY, "This isnt mixing business with pleasure", "We together as one", "Listen and learn". | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 49 | D. GRIFFIN; D. ANTHONY | 4/23/22 | **Text:** D. ANTHONY confronts D. GRIFFIN about his wife and tells D. GRIFFIN, "U deserve everything that bitch putting you threw! I'm out of here I stg u can put that in her name ya bm name idc or pay me to keep it in mines but I'm done with you. I'll come back Wednesday to get yo license for you but figure it out I don't want no part". D. GRIFFIN responds, "I jus need you to the licenses Wednesday and you can do what you wanna". The conversation continues, D. GRIFFIN tells D. ANTHONY, "And I told you this is my program", "I run it", "And if you don't like my program you find another one". D. GRIFFIN tells D. ANTHONY, "naw you not running off in my shit" (refereeing to his car) and D. ANTHONY says, "Nigga I aint gone take yo fucking car I'll take to the bitch mama house to Tevin". The argument continues but they eventually make up. (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 50 | D. GRIFFIN; D. ANTHONY | 4/28/22 | **Text:** D. GRIFFIN and D. ANTHONY have been having a conversation about getting things ready for the club. D. GRIFFIN tells D. ANTHONY, "Aye look the Liq License in your name don't make us loose it". | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 51 | D. GRIFFIN; D. ANTHONY | 4/30/22 | **Text:** D. ANTHONY tells D. GRIFFIN, "change ya number". D. GRIFFIN responds, "I will tomorrow, "We need new phones".  (D. GRIFFIN would routinely change his phone # to hide activities from law enforcement detection) | D. ANTHONY's 6/29/22 and D. GRIFFIN |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 52 | D. GRIFFIN; D. ANTHONY | 5/10/22 | **Text:** D. GRIFFIN tells D. ANTHONY to send money ($200) via Cashapp to his daughter. D. GRIFFIN then tells D. ANTHONY to send $1000 to "Tevin". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 53 | D. GRIFFIN; D. ANTHONY | 5/14/22 | **Text:** D. GRIFFIN and D. ANTHONY are arguing about Cabret54 business. D. GRIFFIN tells D. ANTHONY to close the business for the night and this makes D. ANTHONY upset. D. GRIFFIN says, "Bitch you cant tell Me shit", "You do what the fuck I say". D. ANTHONY responds, "Ok! Well I'm not gone keep repeating myself". D. GRIFFIN tells D. ANTHONY, "You heard me", "Aye man you better stay in your place messy hoe", "you don't run shit", "you slow and goofy". The conversation continues for several minutes, arguing back and forth. D. GRIFFIN eventually says, "This my club". | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 54 | D. GRIFFIN; D. ANTHONY | 5/15/22 | **Text:** D. GRIFFIN and D. ANTHONY are talking Cabaret54 business. D. GRIFFIN tells D. ANTHONY she is "the star player". D, ANTHONY will eventually respond, telling D. GRIFFIN, "Me and Pokey (T. HURD) is!!!! But nobody else compare to us i stg", "Y'all started this", "I just helped getting back going". D. GRIFFIN responds with, "I understand you like her but we keeping this shit", "She's (T. HURD) vested in the business we running it", "I appreciate your understanding". | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 55 | D. GRIFFIN; D. ANTHONY | 5/19/22 | **Text:** D. GRIFFIN tells D. ANTHONY to "Take Houston 3000". D. ANTHONY asks, "Where the cash" and asks D. GRIFFIN how much the Airbnb (25 S. Sherman) is per week because of the girls from the Cabaret54 is asking. D. GRIFFIN tells D. ANTHONY where the cash is, "..closet to shelf". D. GRIFFIN tells D. ANTHONY that the Airbnb would be "$500?" | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 56 | D. GRIFFIN; D. ANTHONY | 5/25/22 | **Text:** D. GRIFFIN and D. ANTHONY are discussing Cabaret54 business when D. GRIFFIN tells D. ANTHONY, "I'm orchestrating out team", "So pretty soon things will be better", "We the owners we shouldn't have to be opening", "We should be able to go in when wanna". | D. ANTHONY's 6/29/22 and D. GRIFFIN |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 57 | **D. GRIFFIN; T. TAYLOR** | 5/25/22 | **Text:** Conversation back and forth. T. TAYLOR. T. TAYLOR tells D. GRIFFIN that he owes T. TAYLOR "15 bands" and that T. TAYLOR paid for the "last batch". T. TAYLOR explains he didn't respond to D. GRIFFIN because he was doing things, like "swerving". During conversation, T. TAYLOR tells D. GRIFFIN, "Its all love always looked up to you relli I'll follow you to the end and back fam fr". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone D. GRIFFIN (424)-237-5995 |
| 58 | **D. GRIFFIN; T. TAYLOR** | 5/28/22 | **Text:** D. GRIFFIN text T. TAYLOR about a "great flight deal" from Wichita to Phoenix. (Flight records confirm flight occurred on 5/29/22 and returns on 5/30/22. In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone D. GRIFFIN (424)-237-5995 |
| 59 | **T. TAYLOR;** Unindicted CC | 5/30/22 | **Text**: "Miguel" text T. TAYLOR asking what terminal T. TAYLOR is at. T. TAYLOR tells "Miguel" that he is at "Morth door 9 .. terminal 3". T. TAYLOR meets with "Miguel" and then fly's back to Wichita. (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone Miguel (602) 800-9344 |
| 60 | **D. GRIFFIN; D. ANTHONY** | 6/16/22 | **Text:** D. GRIFFIN and D. ANTHONY are discussing Cabaret54 business and D. GRIFFIN tells D. ANTHONY, "We run a business together". | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 61 | **D. GRIFFIN; D. ANTHONY** | 6/17/22 | **Text:** D. GRIFFIN and D. ANTHONY are discussing Cabret54 business, arguing. D. GRIFFIN tells D. ANTHONY, "Your not special", "I put you in position and you too goofy to Recognize a muth fucking thing", "Goofy ass hoe", Don't nobody give an fuck…I got bitches lined up ready to take your place". The argument continues back and forth for several minutes but eventually calms down. D. GRIFFIN will eventually ask D. ANTHONY about putting insurance on the Challenger and remove the Durango, and she agrees. | D. ANTHONY's 6/29/22 and D. GRIFFIN |

| Stmt Numb. | Parties Involved in Comm. | Date of Stmt | Synopsis | Source |
|---|---|---|---|---|
| 62 | D. GRIFFIN; D. ANTHONY | 6/20/22 | **Text:** D. GRIFFIN and D. ANTHONY text about decorating 25 S. Sherman after they move out of D. GIRFFIN's moms. D. GRIFFIN tells D. ANTHONY that Sherman needs her decorating touch. D. ANTHONY responds, "Yes it is I need to grab some stuff tomorrow in Wichita while u run around" (Surveillance shows on 6/21/22, D. ANTHONY and D. GRIFFIN arrive at 2501 E. Douglas and meeting up with a car. D. ANTHONY meets with drive and exchanges bags, taking the bag inside 2501 E. Douglas. D. GRIFFINs GPS shows in in the car with D. ANTHONY-ROI #68) | D. ANTHONY's 6/29/22 and D. GRIFFIN |
| 63 | D. GRIFFIN; T. TAYLOR | 6/28/22 | **Text:** D. GRIFFIN sends a text to T. TAYLOR asking, "What about my soft" and says, "you can keep them pills we done". T. TAYLOR doesn't respond. (During the search warrant at stash house, 2501 E. Douglas, and T. TAYLOR residence, investigators located pills and cocaine. In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | D. GRIFFIN's 6/29/22 arrest phone T. TAYLOR (316) 390-2483 |
| 64 | D. GRIFFIN; T. TAYLOR | 6/28/22 | **Text:** D. GRIFFIN is mad at T. TAYLOR for not answering his call. D. GRIFFIN tells T. TAYLOR, "All I've done for you", "You was broke beggin when I got shot". (In T. TAYLOR Miranda interview, he says that he sold drugs for D. GRIFFIN) | T. TAYLOR's Phone D. GRIFFIN (424)-237-5995 |
| 65 | T. TAYLOR; L. TAYLOR | 6/29/22 | **Text:** T. TAYLOR text "Martel stuff is above the microwave..white siz pouch..when he comes for it.." (352 grams of cocaine were seized from this area) | T. TAYLOR's Phone "LA" (316) 519-6692 |