# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        **CASE NO. 22-CR-10053-10-EFM**

**TEVIN TAYLOR,**

      **Defendant.**

**UNITED STATES' CONSOLIDATED RESPONSE TO DEFENDANT TEVIN TAYLOR'S MOTION TO EXCLUDE CERTAIN EVIDENCE (Docs. 163, 164, and 165)**

COMES NOW, the United States, by and through Aaron Smith, Assistant United States Attorney, and submits this response to defendant Tevin Taylor's motion to exclude evidence admissible pursuant to Fed.R.Evid. 404(b), to exclude admission of guilty pleas by non-testifying co-defendants and to exclude the use of summary exhibits. (Docs. 163, 164, and 165).

### The Present Indictment

The United States has not identified evidence being offered pursuant to Fed.R.Evid. 404(b). The United States does not intend to admit the "guilty plea" of non-testifying co-defendants. The United States does not intend to admit the "Operation Extinguish" slide show, which was a summary presentation to aid the explanation of the investigation and

provided in discovery. The evidence contained therein is directly admissible independently and will be presented consistent with Federal Rules of Evidence and pursuant to relevant Court determinations of admissibility.

The United States in the present case relies on the investigation and direct observations of the Alcohol, Tobacco, Firearms and Explosives agents, other Law Enforcement officers and civilian witnesses coupled with forensic evidence. The movant's statement and testimony of co-defendants or co-conspirators and statements admitted pursuant to Fed.R.Evid. 801(d)(2)(E) are additional methods of evidence.

## Conclusion

WHEREFORE, for the reasons stated above, the United States suggests that the Court reserve ruling on said motions or find that the motions are moot at this time.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

By:  /s/  Aaron Smith
AARON SMITH
KS Bar No. 20447
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and that a copy of this filing was electronically delivered to all counsel of record.

                            By:    /s/  Aaron Smith
                                    AARON SMITH
                                    Assistant United States Attorney